## UNITED STATES DISTRICT COURT
### for the District of Columbia

| | |
|---|---|
| **Juanita James**<br>5031 4th St., NW, Washington, D.C. 20011,<br><br>    Plaintiff,<br>vs.<br><br>**JPMorgan Chase Bank, N.A.**<br>1111 Polaris Pkwy., Columbus, OH  43240,<br><br>**Chase Home Finance, LLC**<br>210 E Redwood St., Baltimore, MD 21202,<br><br>**John Stapleton, Wachovia Mortgage Corp.**<br>7901 Wisconsin Ave., Bethesda, MD  20814,<br><br>**Kayode Ojewale, LEHTEB Title &  Escrow**<br>1006 West Street, Laurel, MD  20707,<br><br>**Branch Banking & Trust Company**<br>1506 Klondike Rd., Ste. 400 -Conyers, GA  30094,<br><br>**John Taylor, Century 21 Advantage**<br>4220 Beach Drive, Chesapeake Beach, MD 20732,<br><br>**AAPEX Mortgage**<br>801 W Bloomingdale Ave., Brandon, FL 33511,<br><br>    Defendants. | Case No.:<br><br>**Complaint**<br>(Injunctive Relief and Damages) |

Plaintiff Juanita James, through counsel, alleges:

## I. INTRODUCTION

This case involves deceit in consumer lending.  Defendants, sophisticated real estate professionals and banks, misled, deceived, and swindled Juanita James—a housekeeper with a 9th grade education, making $2,800 monthly.  Defendants falsified her income on loan applications; failed to provide disclosures mandated by law; qualified her for massive loans

with monthly mortgage payments far exceeding her monthly income; gave her a *so-called*

$115,600 home equity line of credit when she had no *real* equity in her home; told her she could

use the home equity line of credit at her discretion, then clandestinely took the entire $115,600

and applied it to a prior mortgage.  For their efforts, Defendants received more than $30,000 in

fees and commissions.  Ms. James would later receive a notice of foreclosure.

Defendants' conduct violated the Federal Truth in Lending Act, 15 U.S.C. § 1601, *et seq.*

("TILA"), a corollary D.C. statute D.C. Code § 28-3301, *et seq.* ("DC Usury"), and the District of

Columbia Consumer Protection Procedures Act ("CPPA"), D.C. Code § 28-3901, *et seq.*  Ms.

James brings this Complaint to redress the Defendants' violations of law and seeks rescission,

actual damages, treble damages, punitive damages, attorney's fees, and costs.

## II.  PARTIES

1.      Plaintiff Juanita James is a natural person residing at 5031 4th Street, NW,

Washington, D.C. 20011.

2.      Defendant JPMorgan Chase Bank, N.A. ("JPMorgan Chase") is a Delaware

corporation with registered office at 1015 15th St., NW, Ste. 1000, Washington, DC 20005, which

regularly engages in the business of consumer lending in the District of Columbia.  At the time

the conduct alleged herein occurred, JPMorgan Chase was conducting business in the District of

Columbia.

3.      Defendant Chase Home Finance, LLC ("Chase Home Finance") is a subsidiary of

JPMorgan Chase with office at 210 E Redwood Street, Baltimore, MD 21202.  Chase Home

Finance is the servicer and holder of Ms. James' mortgage note, and engages in the business of

loan servicing in the District of Columbia.

4.      Defendant John Stapleton ("Stapleton") is a natural person and was a mortgage broker employed by and an agent of Wachovia Mortgage Corporation at the time the conduct alleged herein occurred.

5.      Defendant Wachovia Mortgage Corporation ("Wachovia Mortgage") is a North Carolina Corporation with registered office at 1090 Vermont Ave., NW, Washington, DC 20005, which regularly engages in the business of consumer lending in the District of Columbia.  At the time the conduct alleged herein occurred, Wachovia Mortgage was conducting business in the District of Columbia.

6.      Defendant Kayode Ojewale ("Mr. Ojewale") is a natural person and was the owner of LEHTEB Title and Escrow at the time the conduct alleged herein occurred.

7.      Defendant LEHTEB Title and Escrow ("LEHTEB") is a Maryland corporation with registered office at 1403 Canadian Geese Court, Upper Marlboro, Maryland 20774, which regularly engages in the business of residential settlements for properties located in the District of Columbia.  At the time the conduct alleged herein occurred, LEHTEB was conducting settlements involving District of Columbia residential properties.

8.      Defendant Branch Banking & Trust Company ("BB&T") is a North Carolina corporation with registered office at 1736 Independent Ave., SE, Washington, DC 20003, which regularly engages in the business of consumer lending in the District of Columbia.  At the time the conduct alleged herein occurred, BB&T was conducting business in the District of Columbia.

9.      Defendant John Taylor ("Mr. Taylor") is a natural person and was a real estate agent employed by and an agent of Century 21 Advantage at the time the conduct alleged herein occurred.

10.     Defendant Century 21 Advantage ("Century 21") is a Maryland corporation with address at 4220 Beach Dr. Chesapeake Beach, MD 20732, which regularly engages in the business of and is involved in the purchase, sale, and marketing of real property in the District of Columbia.  At the time the conduct alleged herein occurred, Century 21 was conducting business in the District of Columbia.

11.     Defendant AAPEX Mortgage ("AAPEX") is a company with corporate office at 801 W. Bloomingdale Avenue Brandon, FL 33511, which regularly engages in the business of brokering loans for the purchase of real properties in the District of Columbia.  At the time the conduct alleged herein occurred, AAPEX was conducting business in the District of Columbia.

## JURISDICTION

12.     This Court has jurisdiction pursuant to the Truth in Lending Act, 15 U.S.C. § 1640(e) and 28 U.S.C. §§ 1331 and 1337.

13.     This Court has supplemental jurisdiction over Plaintiff's state law claims pursuant to 28 U.S.C. § 1367.

14.     Plaintiff's home, i.e., the subject of this action, is situated in the District of Columbia, and thus venue in the United States District Court for the District of Columbia is proper under 28 U.S.C. § 1391.

## I.  FACTS

### A.     Background

15.     Ms. James is a petite, bright-eyed, 57-year old black American woman.  She was born and raised in Prince George's County, Maryland.  After having completed the 9th grade, Ms. James dropped out of high school.  She later found a job as a housekeeper at Howard

University Hospital, where she has worked for the last 33 years.

16.     In mid-2006, Ms. James, her three minor grandchildren (of whom she had guardianship), and her close friend Lewis Fountain were living at 214 Gallant Street, NW, Washington, DC 20011.  Mr. Fountain owned the home, but he was behind on his mortgage and facing foreclosure.

17.     The District of Columbia is a non-judicial foreclosure jurisdiction, allowing for the rapid sale of collateral securing mortgages.  Having little time, Ms. James needed to find a place to live.

**B.      BB&T Mortgage Loan—Falsified Income**

18.     Ms. James spotted a house for sale at 5031 4th Street, NW, Washington, DC 20011. After having spoken to the owner of the home, Mr. Fountain called his *friend* Defendant Taylor, a real estate agent employed by and an agent of Defendant Century 21.  Defendant Taylor prepared a sales contract, listing the agreed upon purchase price of $549,000.

19.     Ms. James had excellent credit, but her gross monthly income was a modest $2,800.  Paying the monthly mortgage on a $549,000 loan was daunting for Ms. James; however, Mr. Fountain allayed her fears by *privately* promising to pay all or a substantial portion of the monthly mortgage.

20.     After having completed the sales contract, Defendant Taylor is believed to have contacted Defendant AAPEX to secure a mortgage loan for Ms. James.  Ms. James dealt only with Defendant Taylor, however.

21.     Defendant Taylor asked Ms. James for limited information in order to complete her loan application, but he never inquired about her income and never requested income

verification.  He was aware, however, that Ms. James worked as a housekeeper and earned a

modest monthly income.

22.    In November 2006, John Taylor presented Juanita James with two typed and

completed Uniformed Residential Loan Applications. The first application was for a $439,200

mortgage loan.  (Exhibit 1).  The second application was for a $109,800 mortgage loan.  (Exhibit

2).

23.    In connection with the purchase of the home, Ms. James was asked to sign many

documents and cannot recall whether she actually signed or even saw the completed loan

applications.

24.     At the time, Ms. James was unaware that either Defendant Taylor or Defendant

AAPEX had falsified her income, and that they had listed her monthly income as $12,700 on the

applications.

25.    And each loan application listed Howard Johnson as the interviewer (the person

who had conducted the interview for the mortgage loan) and his employer as Defendant BB&T.

Ms. James never spoke with Howard Johnson.

26.    In November 2006, Defendant Taylor or Defendant AAPEX faxed Ms. James'

loan applications to a third-party lender.  On the faxed applications, however, either Defendant

Taylor or Defendant AAPEX had further inflated Ms. James' monthly income to $13,500.

(Exhibits 3 and 4).  And this time, while the interviewer's name (Howard Johnson) remained the

same on the applications, the interviewer's employer had been changed to Defendant AAPEX.

27.     Defendant BB&T approved Ms. James for a $549,000 mortgage loan, without

income verification.  The loan comprised two mortgages.  The first was a $439,200, 30-year,

adjustable rate mortgage, repayable at 11.934%. (Exhibit 5). Monthly interest and principal

payments were $3,533.90. (Exhibit 6). The second mortgage was a $109,800 fixed rate, 15-year

balloon mortgage, repayable at 13.289%. (Exhibit 7). Monthly interest and principal payments

were $1,236.10. (Exhibit 8). The total monthly mortgage was $4,770—almost twice Juanita

James' monthly income.

28.     In connection with obtaining the loan, Ms. James was charged more than $16,000

in settlement charges, including a $1,195 Mortgage Broker Fee to AAPEX Mortgage. (Exhibit 9 –

Line 805). And BB&T paid AAPEX mortgage $8,784 for arranging the high interest rate loan.

(Exhibit 9 – Line 811).

### C.     JPMorgan Chase Refinance—Falsified Income & Spurious Line of Credit

29.     Six months later and unable to make the $4,770 monthly mortgage payment, Ms.

James sought to refinance to obtain a lower monthly payment. Mr. Fountain contacted an

acquaintance, Defendant Stapleton, a mortgage broker employed by and an agent of Defendant

Wachovia.

30.     Ms. James explained to Defended Stapleton that she could not afford her current

monthly mortgage payments. Defendant Stapleton assured Ms. James he could get her a lower

payment.

31.     In May 2007, Defendant Stapleton presented Ms. James with two completed

Uniform Residential Loan Applications. The first application was for a $462,400 mortgage loan.

(Exhibit 10). And unbeknownst to Ms. James, the second application was *not* for a mortgage

loan, but rather a $115,600 *so-called* home equity line of credit. (Exhibit 11).

32.     Having purchased the home only six months prior, Ms. James certainly did not have $115,600 of equity.  What's more, she never requested a line of credit and did not even know she was applying for one.  In fact, Ms. James told Defendant Stapleton that she wanted only one loan.

33.     Defendant Stapleton neither asked about, nor tried to verify Ms. James' income. He assured Ms. James that her income was not important and that everything would be fine.

34.     In connection with the refinance of her home, Ms. James was asked to sign many documents and does not recall whether she actually signed or even saw the completed loan applications.

35.     Ms. James would later learn that Defendant Stapleton had inflated her income to $14,700 on the application for the $462,400 mortgage loan, and to $16,000 on the application for the $115,600 home equity line of credit —a line of credit she never requested.

36.     Later, Defendant Stapleton called Ms. James to inform her that he had "gotten her what she wanted"—a lower monthly mortgage payment of $3,373.92.  Defendant Stapleton did not tell Ms. James, however, that the $3,373.92 monthly mortgage payment applied only to the $462,400 mortgage.  Defendant Stapleton never mentioned the $115,600 home equity line of credit.

37.     Defendant JPMorgan Chase approved Ms. James for a mortgage.  The loan comprised two mortgages.  The first was a 30-year, fixed-rate $462,400 mortgage repayable at 7.128% (Exhibit 12).  Monthly interest and principal payments were $3,373.92.  (Exhibit 13). The second mortgage was a *so-called* $115,600 home equity line of credit.  Ms. James would *not* learn

about the home equity line of credit until closing.  Defendant JPMorgan Chase approved the

loans without verification of Ms. James' income.

38.     For Defendant Stapleton's effort in arranging the loans, JPMorgan paid

Defendant Wachovia a $3,879.54 yield spread premium for the $462,400 mortgage loan (Exhibit

14 – Line 806) and a $1,000 yield spread premium for the *so-called*  home equity line of credit.

(Exhibit 15 – Line 805).  JPMorgan Chase took home a $4624.00 origination fee. (Exhibit 14 –

Line 801).

**D.      Closing**

39.     In May 2007, Ms. James and Mr. Fountain appeared at Defendant LEHTEB's

office for settlement.  Defendant Ojewale conducted the settlement, quickly shuffling papers in

front of Ms. James and Mr. Fountain with instruction to sign.  As the settlement proceeded,

Defendant Ojewale informed Ms. James that Chase had qualified her for a $115,600 home equity

line of credit, which she could use at her own discretion.  Defendant Ojewale stated it was a line

of credit to be used at Ms. James discretion—even though the HUD-1 statements prepared by

Defendant Ojewale indicated clearly the entire $115,600 would be used immediately to pay off

the prior BB&T mortgage.  (Exhibit 14 – Lines 1502 and 1503; Exhibit 15 – Line 1503).

40.     Ms. James was skeptical, but Defendant Ojewale reassured her that the line of

credit was legitimate.  He further stated that he was authorized to disburse up to $115,600 on

the spot, and placed a form in front of Ms. James with a blank line for her to fill in with the

amount of money she wanted to take from the home equity line of credit.  Ms. James opted *not*

to take any money, and wrote $0 on the blank line.  (Exhibit 16).  She received a First Payment

Coupon listing the monthly payment amount for the home equity line of credit as "N/A." (Exhibit 17).

41.    Ms. James received open-end disclosures for the home equity line of credit, but she neither received 2 copies of the Notice of Right to Cancel for the $462,400 mortgage loan, nor 2 copies of the Notice of Right to Cancel for *so-called* the home equity line of credit.

42.    Ms. James left Defendant Ojewale's office, relieved that her monthly mortgage payment was down to $3,372.93, and that she had a $115,600 home equity line of credit in case of tough times.

43.    Later, Mr. Fountain called Defendant Stapleton to explain that Ms. James had qualified for a home equity line of credit.  Defendant Stapleton stated that this was a new JPMorgan Chase program that had just ended the day after the closing.

    E.    **Chase Home Finance Mortgage Statement**

44.    About one month later, Ms. James received a statement from Chase Home Finance.  She was shocked, outraged, and befuddled, when she opened it.  The *so-called* home equity line of credit—which she could use at her discretion—had been used to pay off her prior mortgage. Ms. James now had an additional $935.41 monthly mortgage payment—to repay the $115,600.  (Exhibit 18).

45.    Ms. James called Chase Home Finance.  When she spoke to a representative, the representative told her that someone had used her entire available home equity line of credit. The representative informed Ms. James that payments still had to be made.

46.    With the addition of the $935.41 monthly payment for the *so-called* home equity line of credit and the $3,373.92 monthly mortgage payment for the $462,400 first mortgage, Ms.

James total monthly mortgage payment was $4,309.33—which she would have to try to pay on $2,800 monthly salary.

47.     After futile attempts to resolve the matter, Ms. James capitulated and began trying to pay the monthly mortgage to protect her credit rating; however, she fell behind and the lender initiated a foreclosure. (Exhibit 19)

### COUNT I

**Violation of the CPPA**
**All Defendants**

48.     Plaintiff realleges all prior paragraphs of this Complaint.

49.     In order to protect consumers from unfair and misleading business practices and to provide consumers with proper redress of grievances, the District of Columbia enacted the CPPA.

50.     The CPPA applies to consumer credit loans secured by residential property.

51.     The CPPA prohibits the use of unfair trade practices whether or not any consumer is in fact misled, deceived, or damaged.  Any consumer who suffers damages as a result of violations of the CPPA may bring an action and recover treble damages, attorney's fees, punitive damages and other appropriate relief.

52.     Ms. James was a consumer as defined by § 28-3901(2).

53.     All Defendants were merchants as defined by § 28-3901(3).

54.     Defendants John Stapleton, Wachovia Bank, John Taylor, Century 21 Advantage, and AAPEX Mortgage have committed multiple and separate violations of the CPPA, by the above-described conduct in connection with a consumer credit loan secured by residential property, including but *not* limited to:

(1)     falsifying Ms. James' monthly income on her first loan application;

(2)     falsifying Ms. James' monthly income on her second loan application;

(3)   arranging and brokering a first mortgage loan with monthly mortgage payments that far exceeded Ms. James' monthly income;

(4)   arranging and brokering a second mortgage loan with monthly mortgage payments that, when combined with the first mortgage, far exceed Ms. James' monthly income;

(5)   arranging and brokering a first mortgage loan with knowledge that there was no reasonable probability that Ms. James could pay it back; and

(6)    arranging and brokering a second mortgage loan with knowledge that there was no reasonable probability that Ms. James could pay it back.

(7)   Defendants' violations of the CPPA were intentional, willful, and wanton and justify the imposition of treble and punitive damages and attorney's fees and costs.

55.   Defendant BB&T has committed multiple and separate violations of the CPPA, by the above-described conduct in connection with a consumer credit loan secured by residential property, including but *not* limited to:

(1)   paying yield spread premiums and other financial incentives to Defendants Taylor and AAPEX for arranging a first mortgage loan for Ms. James, without proof of income or ability to repay;

(2)   paying yield spread premiums and other financial incentives to Defendants Taylor and AAPEX for arranging a second mortgage loan for Ms. James, without proof of income or ability to repay;

(3)   funding an unconscionable first mortgage loan without regard to Ms. James' ability to repay; and

(4)   funding an unconscionable second mortgage loan without regard to Ms. James' ability to repay.

    (5)   Defendants' violations of the CPPA were intentional, willful, and wanton and justify the imposition of treble and punitive damages and attorney's fees and costs.

56.    <u>Defendants John Stapleton and Wachovia Bank</u>, have committed multiple and separate violations of the CPPA, by the above-described conduct in connection with a consumer credit loan secured by residential property, including but *not* limited to:

    (1)   falsifying Ms. James' monthly income on her first mortgage loan application;

    (2)   falsifying Ms. James' monthly income on her second mortgage loan application;

    (3)   arranging and brokering a first mortgage loan with knowledge that there was no reasonable probability that Ms. James could pay it back;

    (4)   arranging and brokering a second mortgage loan with knowledge that there was no reasonable probability that Ms. James could pay it back;

    (5)   misrepresenting that Ms. James' entire monthly mortgage payment had been reduced to $3,373.92;

    (6)   failing to inform Ms. James about the $115,600 home equity line of credit; and

    (7)   failing to state that the home equity line of credit was actually a second mortgage, which would be used to pay off the prior mortgage.

    (8)   Defendants' violations of the CPPA were intentional, willful, and wanton and justify the imposition of treble and punitive damages and attorney's fees and costs.

57.    <u>Defendants JPMorgan Chase and Chase Home Finance</u> have committed multiple and separate violations of the CPPA, by the above-described conduct in connection with a consumer credit loan secured by residential property, including but *not* limited to:

    (1)   paying yield spread premiums and other financial incentives to originate a first mortgage loan to Ms. James without regard to her ability to repay;

    (2)   paying yield spread premiums and other financial incentives to originate a second mortgage loan to Ms. James without regard to her ability to repay;

(3)   misrepresenting the true nature of the home equity line of credit;

(4)   misrepresenting that Ms. James could use the home equity line of credit at her discretion;  and

(5)   failing to provide close-end disclosures for a spurious open-end loan.

(6)   failing to give Ms. James 2 copies of the Notice of Right to Cancel for the first mortgage loan; and

(7)   failing to give Ms. James 2 copies of the Notice of Right to Cancel for the second mortgage loan.

(8)   Defendants' violations of the CPPA were intentional, willful, and wanton and justify the imposition of treble and punitive damages and attorney's fees and costs.

58.   <u>Defendants Kayode Ojewale and LEHTEB</u> have committed multiple and separate violations of the CPPA, by the above-described conduct in connection with a consumer credit loan secured by residential property, including but *not* limited to:

(1)   failing to state that the home equity line of credit was actually a second mortgage, which would be used to pay off the prior mortgage;

(2)   misrepresenting the line of credit could be used at Ms. James' discretion;

(3)   Defendants' violations of the CPPA were intentional, willful, and wanton and justify the imposition of treble and punitive damages and attorney's fees and costs.

## COUNT II

**Violation of TILA**
**Defendants JPMorgan Chase, Chase**
**Home Finance and Defendant Assignees**

58.   Plaintiff realleges all prior paragraphs of this Complaint.

59.     At all times relevant hereto, Defendants JPMorgan Chase, in the ordinary course of their  business, regularly extended or offered to extend consumer credit for which a finance charge is or may be imposed or which, by written agreement, is payable in more than four installments.

60.     At all times relevant hereto, Defendant JPMorgan Chase was a creditor within the meaning of the TILA, 15 U.S.C. §1602(f) and Regulation Z §226.2(a)(17).

61.     TILA and Regulation Z mandate that all closed end consumer loans be accompanied by a Truth in Lending disclosure of material terms including 2 copies of a notice that the borrower has 3 business days to cancel the mortgage loan. TILA 15 U.S.C. 1638, 12 C.F.R. § 226.23.

62.     Defendant JPMorgan Chase failed to provide two copies of the Notice of Right to Cancel to Ms. James for the $462,000 mortgage loan and the $115,600 *so-called* home equity line of credit.

63.     What's more, Defendant JPMorgan Chase originated a spurious open-end $115,600 home equity line of credit, which was truly a close-end loan with no reasonable belief of repeat transactions  in that, amongst other things:

    a)  Ms. James did not have $115,600 of equity in her home;

    b)  Despite having elected to take $0 at closing, the entire amount of the home equity line of credit was used to pay Ms. James' prior mortgage;

    c)  The closing documents, including the HUD-1 statement showed that the entire amount of the home equity line of credit would be used to pay the prior mortgage.

64.     Because the home equity line of credit was a closed end loan, Defendant JPMorgan Chase violated TILA, 15 U.S.C. 1638 and Reg. Z §§ 226.17 and 226.18 by failing to

provide Ms. James with the required close-end disclosures, including but *not* limited to, the interest rate, finance charge, and payment schedule.

65.     As the holder/assignee of Ms. James' mortgage note, Chase Home Finance is liable for the JPMorgan Chase's violations of law.

66.     Accordingly, Defendant JPMorgan Chase's violations of TILA entitle Ms. James to rescission under 15 U.S.C. § 1635 as well as statutory damages under 15 U.S.C. § 1640, costs and attorneys' fees pursuant to 15 U.S.C. § 1640.

## COUNT III

### Violations of DC Usury
### JPMorgan Chase, Chase Home Finance, and Defendants Assignees

67.     Plaintiff realleges all prior paragraphs of this Complaint.

68.     Defendant JPMorgan Chase's failure to deliver the TILA material disclosures also violates DC Usury, D.C. Code § 28-3301(f)(3), which entitles Ms. James to actual and punitive damages and attorneys' fees pursuant to D.C. Code § 28-3314.

### REQUEST FOR RELIEF

WHEREFORE, Plaintiff Juanita James respectfully asks this Court to award judgment against Defendants and the following relief:

A. declare that acts herein described constitute multiple and separate violations of the Truth in Lending Act and the District of Columbia Consumer Protection Procedures Act;

B. enjoin defendant JPMorgan Chase from taking any action to foreclose on the Plaintiff Juanita James' mortgage loans;

C.   award actual damages;

D.   award treble damages;

E.   award punitive damages in an amount to be determined at trial;

F.   award attorney's fees;

G.   award reasonable costs of this action;

H.   declare Plaintiff Juanita James entitled to rescind her JPMorgan Chase mortgages

   pursuant to 15 U.S.C. §1635; and

I.   award such other and further relief as this Court deems just and proper.

Respectfully submitted,

**THE WILSON FIRM, LLC**

/s/ Al Wilson
Albert Wilson, Jr., Esq.
Unified Bar No.:  486546
700 12th Street, NW, Suite 700
Washington, D.C. 20005
(202) 558-5170 (main)
(202) 315-3494 (fax)
*awilson@thewilsonfirm.com*
*Attorney for the Plaintiff*

**JURY DEMAND**

Plaintiff demands trial by jury.

/s/ Al Wilson
Albert Wilson Jr., Esq.

**UNITED STATES DISTRICT COURT**
**For the District of Columbia**

| | |
|---|---|
| **Juanita James** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| **JPMorgan Chase Bank, N.A.,** *et al.,* | ) |
| | ) |
| Defendants. | ) |
| | ) |

**VERIFICATION OF COMPLAINT**

I, **Juanita James**, Plaintiff in the above-entitled action, state that I have read the

foregoing **Complaint**, that I am personally acquainted with the facts therein set out, and that I

swear under the penalty of perjury that the allegations set forth therein are true and accurate to

the best of my knowledge and belief.

12/19/08
_____
/ Date

*Juanita James*
_____
Juanita James

# Uniform Residential Loan Application
### BRANCH BANKING AND TRUST CO.

This application is designed to be completed by the applicant(s) with the lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.
If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower _Juanita James_    Co-Borrower _____

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other: ☐ FHA  ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number 06-6002688 |
|---|---|---|---|
| Amount $439,200.00 | Interest Rate 9.000% | No. of Months 360/360 | Amortization Type: ☐ Fixed Rate  ☐ Other (explain): ☐ GPM  ☒ ARM (type): 3 YEAR FIXED LIBOR ARM |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & ZIP)  5031 4TH STREET NW, WASHINGTON, DC 20011 | | No. of Units 1 |
|---|---|---|
| Legal Description of Subject Property (attach description if necessary)  See attached Exhibit "A" | | Year Built |

| Purpose of Loan | ☒ Purchase  ☐ Construction  ☐ Other (explain): ☐ Refinance  ☐ Construction-Permanent | Property will be: ☒ Primary Residence  ☐ Secondary Residence  ☐ Investment |
|---|---|---|

**Complete this line if construction or construction-permanent loan:**

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | | | | | |

**Complete this line if this is a refinance loan:**

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe improvements ☐ made ☐ to be made | |
|---|---|---|---|---|---|
| | | | | Cost: | |

| Title will be held in what Name(s)  JUANITA JAMES | Manner in which Title will be held  SOLE OWNER | Estate will be held in: ☒ Fee Simple ☐ Leasehold (show expiration date) |
|---|---|---|
| Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain) | | |

## III. BORROWER INFORMATION

| BORROWER | CO-BORROWER |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable)  JUANITA JAMES | Co-Borrower's Name (include Jr. or Sr. if applicable) |
| Social Security Number ▓▓▓ | Home Phone (incl. area code) ▓▓▓ | DOB (mm/dd/yyyy) ▓▓▓ | Yrs. School 12 | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School 0 |
| ☒ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no. 0  ages | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no. 0  ages |
| Present Address (street, city, state, ZIP) ☐ Own ☒ Rent  3 No.Yrs.  214 GALLATINS ST WASHINGTON, DC 20011  0 Months | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent  0 No.Yrs.  0 Months |
| Mailing Address, if different from Present Address  5031 4TH STREET NW WASHINGTON, DC 20011 | Mailing Address, if different from Present Address |

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No.Yrs.  Months | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent  No.Yrs.  Months |
|---|---|

## IV. EMPLOYMENT INFORMATION

| BORROWER | CO-BORROWER |
|---|---|
| Name & Address of Employer ☐ Self Employed  HOWARD UNIVERSITY HOSPITAL  2400 6TH STREET NW  WASHINGTON, DC 20059 | Yrs. on this job 31 yr. 6 months  Yrs. employed in this line of work/profession 33 yr. 0 months | Name & Address of Employer ☐ Self Employed | Yrs. on this job 0 yr. 0 months  Yrs. employed in this line of work/profession 0 yr. 0 months |
| Position/Title/Type of Business  ENVIRONMENTAL SERV SPEC | Business Phone (incl. area code) (202)865-0246 | Position/Title/Type of Business | Business Phone (incl. area code) |

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**

Freddie Mac Form 65 - 7/05    Management Systems Development, Inc.  (310) 519-3111    Page 1 of 5  Loan Energizer℠    &FNMA10031(9/21/05)    Fannie Mae Form 1003 - 7/05  Copyright (c) 2003-2005



PLAINTIFF'S EXHIBIT 1

06-0002838

| IV. EMPLOYMENT INFORMATION (cont'd) | | | | |
|---|---|---|---|---|
| **BORROWER** | | | **CO-BORROWER** | |
| Name & Address of Employer ☐ Self Employed | Dates (from-to) | Name & Address of Employer ☐ Self Employed | Dates (from-to) | |
| | Monthly Income | | Monthly Income | |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) | |
| Name & Address of Employer ☐ Self Employed | Dates (from-to) | Name & Address of Employer ☐ Self Employed | Dates (from-to) | |
| | Monthly Income | | Monthly Income | |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) | |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $12,700.00 | $0.00 | $12,700.00 | Rent | $3,247.00 | |
| Overtime | $0.00 | $0.00 | $0.00 | First Mortgage (P&I) | $0.00 | $4,775.00 |
| Bonuses | $0.00 | $0.00 | $0.00 | Other Financing (P&I) | $0.00 | $0.00 |
| Commissions | $0.00 | $0.00 | $0.00 | Hazard Insurance | $0.00 | $85.87 |
| Dividends / Interest | $0.00 | $0.00 | $0.00 | Real Estate Taxes | $0.00 | $142.17 |
| Net Rental Income | $0.00 | | $0.00 | Mortgage Insurance | $0.00 | $0.00 |
| Other (before completing, see the notice in "describe other income," below) | $0.00 | $0.00 | $0.00 | Homeowner Assn. Dues | $0.00 | $0.00 |
| | | | | Other: | $0.00 | $0.00 |
| **Total** | $12,700.00 | $0.00 | $12,700.00 | **Total** | $3,247.00 | $4,998.84 |

*Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements

Describe Other Income   Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules  may be completed jointly by  both married and unmarried Co-Borrowers  if their assets and liabilities are  sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.

Completed ☐ Jointly ☒ Not Jointly

| ASSETS | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities, which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | Monthly Pmt. & Mos. Left to Pay | Unpaid Balance |
|---|---|---|---|---|---|
| Description | | | | | |
| Cash/deposit toward purchase held by: | $0.00 | | | | |
| | | **LIABILITIES** | | Pmt./Mos. | |
| List checking and savings accounts below | | Name and address of Company  Auto | | | |
| Name and address of Bank, S&L, or Credit Union WACHOVIA | | BB&T | | $550.00 | $31,778.00 |
| | | Acct. no. ▬▬▬ | | | |
| Acct. no.   . | $60,000.00 | Name and address of Company  Credit Card | | Pmt./Mos. | |
| Name and address of Bank, S&L, or Credit Union | | CAPITAL 1 BK | | $19.00 | $227.00 |
| | | Acct. no. ▬▬▬ | | | |
| Acct. no. | | Name and address of Company  Credit Card | | Pmt./Mos. | |
| Name and address of Bank, S&L, or Credit Union | | EMERGE/FNBO | | $97.00 | $3,471.00 |
| | | Acct. no. ▬▬▬ | | | |

08-0002898

## VI.   ASSETS AND LIABILITIES (cont'd)

| Acct. no. | Name and address of Company  Credit Card | Pmt./Mos. | |
|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | DISCOVER FIN SVCS LLC | $35.00 | $1,712.00 |
| | Acct. no. ▓▓▓▓▓ | | |
| Acct. no. | Name and address of Company  Credit Card | Pmt./Mos. | |
| Stock & Bonds (Company name/ number & description) | DEBT FREE | $0.00* | $7,114.07* |
| $0.00 | | | |
| $0.00 | | | |
| $0.00 | Acct. no. | | |
| $0.00 | Name and address of Company  Other | Pmt./Mos. | |
| Life insurance net cash value Face amount:      $0.00 | $0.00 | HSBC/RMSTR | $58.00 | $1,803.00 |
| Subtotal Liquid Assets | $60,000.00 | | |
| Real estate owned (enter market value from schedule of real estate owned) | $0.00 | Acct. no. ▓▓▓▓▓ | | |
| Vested interest in retirement fund | $0.00 | Name and address of Company | Pmt./Mos. | |
| Net worth of business(es) owned (attach financial statement) | $0.00 | | | |
| Automobiles owned (make and year) | | | |
| $0.00 | | | |
| $0.00 | | | |
| $0.00 | Acct. no. | | |
| $0.00 | Alimony / Child Support / Separate Maintenance Payments Owed to: | $0.00 | |
| Other Assets (itemize) | | $0.00 | |
| $0.00 | Job Related Expense (child care, union dues, etc.) | | |
| $0.00 | | $0.00 | |
| $0.00 | Total Monthly Payments | $759.00 | |
| Total Assets  a. | $60,000.00 | Net Worth (a minus b) ▓▓▓ | $21,009.00 | Total Liabilities  b. | $38,991.00 |

### Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Totals: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

| VII.  DETAILS OF TRANSACTION | | VIII.  DECLARATIONS | Borrower | Co-Borrower |
|---|---|---|---|---|
| | | | Yes  No | Yes  No |
| a. Purchase price | $549,000.00 | If you answer "yes" to any questions a through i, please use continuation sheet for explanation. | | |
| b. Alterations, improvements, repairs | $0.00 | a.  Are there any outstanding judgments against you? | ☐ ☒ | ☐ ☐ |
| c. Land (if acquired separately) | $0.00 | b.  Have you been declared bankrupt within the past 7 years? | ☐ ☒ | ☐ ☐ |
| d. Refinance (incl. debts to be paid off) | $7,114.07 | c.  Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☒ | ☐ ☐ |
| e. Estimated prepaid items | $1,148.30 | d.  Are you a party to a lawsuit? | ☐ ☒ | ☐ ☐ |
| f. Estimated closing costs | $22,672.14 | e.  Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes", provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | |
| g. PMI, MIP, Funding Fee | $0.00 | | | |
| h. Discount (if Borrower will pay) | $0.00 | | ☐ ☒ | ☐ ☐ |
| i. Total Costs (add items a through h) | $579,934.51 | | | |

08-0002698

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | | | | |
|---|---|---|---|---|---|---|
| j. Subordinate financing | $109,800.00 | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | | Borrower | | Co-Borrower |
| | | | | Yes | No | Yes | No |
| k. Borrower's closing costs paid by Seller | $0.00 | | | | | |
| l. Other Credit (explain) | | a. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond or loan guarantee? If "Yes" give details as described in the preceding question. | | ☐ | ☒ | ☐ ☐ |
| | $15,000.00 | | | | | |
| | $2,000.00 | g. Are you obligated to pay alimony, child support, or separate maintenance? | | ☐ | ☒ | ☐ ☐ |
| | $0.00 | | | | | |
| | $0.00 | h. Is any part of the down payment borrowed? | | ☐ | ☒ | ☐ ☐ |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | $439,200.00 | i. Are you a co-maker or endorser on a note? | | ☐ | ☒ | ☐ ☐ |
| | | j. Are you a U.S. citizen? | | ☒ | ☐ | ☐ ☐ |
| n. PMI, MIP, Funding Fee financed | $0.00 | k. Are you a permanent resident alien? | | ☒ | ☐ | ☐ ☐ |
| o. Loan amount (add m & n) | $439,200.00 | l. Do you intend to occupy the property as your primary residence? If "Yes" complete question m below. | | ☒ | ☐ | ☐ ☐ |
| p. Cash FROM Borrower (subtract j, k, l & o from i) | $13,934.51 | m. Have you had an ownership interest in a property in the last three years? | | ☐ | ☒ | ☐ ☐ |
| | | (1) What type of property did you own - principal residence (PR), second home (SH), or investment property (IP)? | | —— | | —— |
| | | (2) How did you hold title to the home - solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | —— | | —— |

## IX. ACKNOWLEDGMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001 et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X Nianita James | 11/20/06 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable law for the particular type of loan applied for.)

| BORROWER | | | | CO-BORROWER | | | |
|---|---|---|---|---|---|---|---|
| ☐ I do not wish to furnish this information | | | | ☐ I do not wish to furnish this information | | | |
| Ethnicity: | ☐ Hispanic or Latino | | ☒ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino | | ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native | ☐ Asian | ☒ Black or African American | Race: | ☐ American Indian or Alaska Native | ☐ Asian | ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | |
| Sex: | ☒ Female | | ☐ Male | Sex: | ☐ Female | | ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | HOWARD JOHNSON | BRANCH BANKING AND TRUST CO. |
| ☐ Face-to-face interview | Interviewer's Signature          Date | |
| ☐ Mail | | 1506 KLONDIKE RD   SUITE 400 |
| ☒ Telephone | Interviewer's Phone Number (incl. area code) | CONYERS, GA 30094 |
| ☐ Internet | (888)761-8333 | |

Freddie Mac Form 65 - 7/05                     Page 4 of 8                     Fannie Mae Form 1003 - 7/05

Management Systems Development, Inc. (310) 519-3111          Loan Energizer™          &FNMA10034(8/21/05)          Copyright (c) 2003-2005

# Uniform Residential Loan Application
### BRANCH BANKING AND TRUST CO.

This application is designed to be completed by the applicant(s) with the lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when [ ] the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or [ ] the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.
If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

Borrower *Juanita James*                    Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | [ ] VA   [X] Conventional   [ ] Other: | [ ] FHA   [ ] USDA/Rural Housing Service | Agency Case Number | Lender Case Number 08-0802728 |
|---|---|---|---|---|
| Amount $159,600.00 | Interest Rate 13.250% | No. of Months 360/180 | Amortization Type: [X] Fixed Rate   [ ] GPM   [ ] Other (explain): ____   [ ] ARM (type): | |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state & ZIP)   5031 4TH STREET NW, WASHINGTON, DC 20011 | | No. of Units 1 |
|---|---|---|
| Legal Description of Subject Property (attach description if necessary)   See attached Exhibit "A" | | Year Built |

| Purpose of Loan | [X] Purchase   [ ] Construction   [ ] Other (explain): | Property will be: |
|---|---|---|
| | [ ] Refinance   [ ] Construction-Permanent | [X] Primary Residence   [ ] Secondary Residence   [ ] Investment |

**Complete this line if construction or construction-permanent loan:**

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
|---|---|---|---|---|---|
| | | | | | |

**Complete this line if this is a refinance loan:**

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements [ ] made [ ] to be made   Cost: |
|---|---|---|---|---|
| | | | | |

| Title will be held in what Name(s)   JUANITA JAMES | Manner in which Title will be held   SOLE | Estate will be held in: [ ] Fee Simple [ ] Leasehold (show expiration date) |
|---|---|---|
| Source of Down Payment, Settlement Charges, and/or Subordinate Financing (explain) | | |

## III. BORROWER INFORMATION

| BORROWER | CO-BORROWER |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable)   JUANITA JAMES | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School 12 | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School 0 |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| [ ] Married   [X] Unmarried (include single, divorced, widowed)   [ ] Separated | Dependents (not listed by Co-Borrower) no. 0   ages | [ ] Married   [ ] Unmarried (include single, divorced, widowed)   [ ] Separated | Dependents (not listed by Borrower) no. 0   ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP) [ ] Own [X] Rent 3 No.Yrs. 0 Months   214 GALLATINS STREET   WASHINGTON, DC 20011 | Present Address (street, city, state, ZIP) [ ] Own [ ] Rent 0 No.Yrs. 0 Months |
|---|---|
| Mailing Address, if different from Present Address   5031 4TH STREET NW   WASHINGTON, DC 20011 | Mailing Address, if different from Present Address |

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, ZIP) [ ] Own [ ] Rent ___ No.Yrs. ___ Months | Former Address (street, city, state, ZIP) [ ] Own [ ] Rent ___ No.Yrs. ___ Months |
|---|---|

## IV. EMPLOYMENT INFORMATION

| BORROWER | CO-BORROWER |
|---|---|

| Name & Address of Employer [ ] Self Employed   HOWARD UNIVERSITY HOSPITAL   2400 6TH STREET NW   WASHINGTON, DC 20059 | Yrs. on this job 39 yrs 6 months   Yrs. employed in this line of work/profession 33 yrs 0 months | Name & Address of Employer [ ] Self Employed | Yrs. on this job 0 yrs 0 months   Yrs. employed in this line of work/profession 0 yrs 0 months |
|---|---|---|---|

| Position/Title/Type of Business   ENVIRONMENTAL SERVICE SPE | Business Phone (incl. area code)   (202)865-0245 | Position/Title/Type of Business | Business Phone (incl. area code) |
|---|---|---|---|

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**


PLAINTIFF'S EXHIBIT 2

08-0002728

| BORROWER | IV. EMPLOYMENT INFORMATION (cont'd) | CO-BORROWER |
|---|---|---|

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
|---|---|---|---|---|---|
| | | Monthly Income | | | Monthly Income |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | Dates (from-to) |
| | | Monthly Income | | | Monthly Income |
| Position/Title/Type of Business | Business Phone (incl. area code) | | Position/Title/Type of Business | Business Phone (incl. area code) | |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $12,700.00 | $0.00 | $12,700.00 | Rent | $2,000.00 | $0.00 |
| Overtime | $0.00 | $0.00 | $0.00 | First Mortgage (P&I) | $0.00 | $3,533.92 |
| Bonuses | $0.00 | $0.00 | $0.00 | Other Financing (P&I) | $0.00 | $1,236.10 |
| Commissions | $0.00 | $0.00 | $0.00 | Hazard Insurance | $0.00 | $86.67 |
| Dividends / Interest | $0.00 | $0.00 | $0.00 | Real Estate Taxes | $0.00 | $142.17 |
| Net Rental Income | $0.00 | $0.00 | $0.00 | Mortgage Insurance | $0.00 | $0.00 |
| Other (before completing, see the notice in "describe other income," below) | $0.00 | $0.00 | $0.00 | Homeowner Assn. Dues | $0.00 | $0.00 |
| | | | | Other: | $0.00 | $0.00 |
| Total | $12,700.00 | $0.00 | $12,700.00 | Total | $2,000.00 | $4,998.84 |

*Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements

| B/C | Describe Other Income Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|
| | | $0.00 |
| | | $0.00 |
| | | $0.00 |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed about that spouse or other person also.   Completed ☐ Jointly ☒ Not Jointly

| ASSETS | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities, which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Description | | | | |
| Cash deposit toward purchase held by: | | | | |
| | $0.00 | LIABILITIES | Monthly Pmt. & Mos. Left to Pay | Unpaid Balance |
| List checking and savings accounts below | | Name and address of Company   Auto | Pmt./Mos. | |
| Name and address of Bank, S&L, or Credit Union | | BB&T | | |
| WACHOVIA | | | $550.00 | $31,778.00 |
| | | Acct. no. ████ | | |
| Acct. no. | $60,000.00 | Name and address of Company   Credit Card | Pmt./Mos. | |
| Name and address of Bank, S&L, or Credit Union | | CAPITAL 1 BK | | |
| | | | $19.00 | $227.00 |
| | | Acct. no. ████ | | |
| Acct. no. | | Name and address of Company   Credit Card | Pmt./Mos. | |
| Name and address of Bank, S&L, or Credit Union | | EMERGE/FNBO | | |
| | | | $97.00 | $3,471.00 |
| | | Acct. no. ████ | | |

Freddie Mac Form 65 • 7/05
Management Systems Development, Inc. (310) 519-3111

Page 2 of 8
Loan Energizer™

&FNMA10032(9/21/05)

Fannie Mae Form 1003 • 7/05
Copyright (c) 2003-2005

06-0002738

## VI. ASSETS AND LIABILITIES (cont'd)

| Acct. no. | Name and address of Company  Credit Card | Pmt./Mos. | |
|---|---|---|---|
| Name and address of Bank, S&L, or Credit Union | DISCOVER FIN SVCS LLC | $35.00 | $1,712.00 |
| | | | |
| | Acct. no. | | |
| Acct. no. | Name and address of Company  Other | Pmt./Mos. | |
| Stock & Bonds (Company name/ number & description) | HSBO/RMSTR | $58.00 | $1,803.00 |
| | $0.00 | | |
| | $0.00 | | |
| | $0.00 | Acct. no. | |
| | $0.00 | Name and address of Company  Other | Pmt./Mos. | |
| Life insurance net cash value Face amount:    $0.00 | $0.00 | DEBT-FREE | $0.00* | $7,114.07* |
| Subtotal Liquid Assets | $60,000.00 | | |
| Real estate owned (enter market value from schedule of real estate owned) | $0.00 | Acct. no. | |
| Vested interest in retirement fund | $0.00 | | |
| Net worth of business(es) owned (attach financial statement) | $0.00 | Name and address of Company | Pmt./Mos. | |
| Automobiles owned (make and year) | | | |
| | $0.00 | | |
| | $0.00 | | |
| | $0.00 | Acct. no. | |
| Other Assets (itemize) | $0.00 | Alimony / Child Support / Separate Maintenance Payments Owed to: | |
| | $0.00 | | $0.00 |
| | $0.00 | Job Related Expense (child care, union dues, etc.) | $0.00 |
| | $0.00 | | |
| Total Assets  a. | $60,000.00 | Total Monthly Payments | $758.00 |
| | | Net Worth (a minus b) | $21,008.00 | Total Liabilities  b. | $38,991.00 |

### Schedule of Real Estate Owned (if additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Totals: | | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |
| | | |

## VII. DETAILS OF TRANSACTION

| | | |
|---|---|---|
| a. Purchase price | $549,000.00 | |
| b. Alterations, improvements, repairs | $0.00 | |
| c. Land (if acquired separately) | $0.00 | |
| d. Refinance (incl. debts to be paid off) | $7,114.07 | |
| e. Estimated prepaid items | $1,079.86 | |
| f. Estimated closing costs | $2,452.89 | |
| g. PMI, MIP, Funding Fee | $0.00 | |
| h. Discount (if Borrower will pay) | $0.00 | |
| i. Total Costs (add items a through h) | $559,646.82 | |

## VIII. DECLARATIONS

If you answer "yes" to any questions a through i, please use continuation sheet for explanation.

| | Borrower | | Co-Borrower | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| a. Are there any outstanding judgments against you? | ☐ | ☒ | ☐ | ☐ |
| b. Have you been declared bankrupt within the past 7 years? | ☐ | ☒ | ☐ | ☐ |
| c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ | ☒ | ☐ | ☐ |
| d. Are you a party to a lawsuit? | ☐ | ☒ | ☐ | ☐ |
| e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | ☐ | ☒ | ☐ | ☐ |

08-0002738

| VII. DETAILS OF TRANSACTION | | VIII. DECLARATIONS | | | | | |
|---|---|---|---|---|---|---|---|
| j. Subordinate financing | $439,200.00 | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | | Yes | No | Yes | No |
| k. Borrower's closing costs paid by Seller | $0.00 | | | | | | |
| l. Other Credits (explain) | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond or loan guarantee? If "Yes" give details as described in the preceding question. | | ☐ | ☒ | ☐ | ☐ |
| | $0.00 | | | | | | |
| | $0.00 | g. Are you obligated to pay alimony, child support, or separate maintenance? | | ☐ | ☒ | ☐ | ☐ |
| | $0.00 | | | | | | |
| | $0.00 | h. Is any part of the down payment borrowed? | | ☐ | ☒ | ☐ | ☐ |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | $109,600.00 | i. Are you a co-maker or endorser on a note? | | ☐ | ☒ | ☐ | ☐ |
| | | j. Are you a U.S. citizen? | | ☒ | ☐ | ☐ | ☐ |
| n. PMI, MIP, Funding Fee financed | $0.00 | k. Are you a permanent resident alien? | | ☐ | ☒ | ☐ | ☐ |
| o. Loan amount (add m & n) | $109,600.00 | l. Do you intend to occupy the property as your primary residence? If "Yes" complete question m below. | | ☒ | ☐ | ☐ | ☐ |
| p. Cash FROM Borrower (subtract j, k, l & o from i) | $10,648.82 | m. Have you had an ownership interest in a property in the last three years? | | ☐ | ☒ | ☐ | ☐ |
| | | (1) What type of property did you own - principal residence (PR), second home (SH), or investment property (IP)? | | — | | — | |
| | | (2) How did you hold title to the home - solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | — | | — | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Sec. 1001 et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer credit reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

Acknowledgement. Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X *Juanita Vance* | 11/30/06 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information nor on whether you choose to furnish it. If you furnish the information please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation or surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable law for the particular type of loan applied for.)

| BORROWER | | | CO-BORROWER | | |
|---|---|---|---|---|---|
| ☐ I do not wish to furnish this information | | | ☐ I do not wish to furnish this information | | |
| Ethnicity: | ☐ Hispanic or Latino | ☒ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native | ☐ Asian ☒ Black or African American | Race: | ☐ American Indian or Alaska Native | ☐ Asian ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White |
| Sex: | ☒ Female | ☐ Male | Sex: | ☐ Female | ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Name and Address of Interviewer's Employer |
|---|---|---|
| This application was taken by: | HOWARD JOHNSON | BRANCH BANKING AND TRUST CO. |
| ☐ Face-to-face interview | Interviewer's Signature        Date | |
| ☐ Mail | | 1505 KLONDIKE RD   SUITE 400 |
| ☒ Telephone | Interviewer's Phone Number (incl. area code) | CONYERS, GA 30094 |
| ☐ Internet | (888)761-8333 | |

Management Systems Development, Inc. (310) 519-3111                    &FNMA10034(9/21/05)                    Copyright (c) 2003-2005

11/30/2008 11:06 FAX 813 864 8499   EVERBANK WHOLESALE

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when □ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or □ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

_Juanita James_
Borrower                                         Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | □VA  ☑Conventional  □Other (explain): □FHA  □USDA/Rural Housing Service | Agency Case Number | Lender Case Number GS-0002699 |
|---|---|---|---|

| Amount $    438,200 | Interest Rate 9.000 % | No. of Months 360/360 | Amortization Type: □Fixed Rate  □GPM | □Other (explain): ☑ARM (type): 3/27 |
|---|---|---|---|---|

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, & ZIP) 5031 4th  NW, Washington, DC 20011   County: District Of Columbia | | No. of Units 1 |
|---|---|---|

Legal Description of Subject Property (attach description if necessary)
SEE ATTACHED SCHEDULE A FOR LEGAL                                          Year Built

| Purpose of Loan | ☑Purchase  □Construction  □Refinance  □Construction-Permanent  □Other (explain): | Property will be: ☑Primary Residence  □Secondary Residence  □Investment |
|---|---|---|

Complete this line if construction or construction-permanent loan.
| Year Lot Acquired | Original Cost $ | Amount Existing Liens $ | (a) Present Value of Lot $ | (b) Cost of Improvements | Total (a+b) $ |
|---|---|---|---|---|---|

Complete this line if this is a refinance loan.
| Year Acquired | Original Cost $ | Amount Existing Liens | Purpose of Refinance | Describe Improvements  □made  □to be made  Cost: $ |
|---|---|---|---|---|

| Title will be held in what Name(s) Juanita James | Manner in which Title will be held Single woman | Estate will be held in: ☑Fee Simple  □Leasehold (show expiration date) |
|---|---|---|

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)
Checking/Savings

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) Juanita James | | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| Social Security Number [redacted] | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School 13 | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|

| □Married  ☑Unmarried (include single, □Separated  divorced, widowed) | Dependents (not listed by Co-Borrower) no. 0  ages 0 | □Married  □Unmarried (include single, □Separated  divorced, widowed) | Dependents (not listed by Borrower) no.  ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP) □Own  ☑Rent  3  No. Yrs. 214 Gallatine  Str Washington, DC 20011 | Present Address (street, city, state, ZIP) □Own  □Rent  No. Yrs. |
|---|---|

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

If residing at present address for less than two years, complete the following:
| Former Address (street, city, state, ZIP) □Own  □Rent  No. Yrs. | Former Address (street, city, state, ZIP) □Own  □Rent  No. Yrs. |
|---|---|

| Former Address (street, city, state, ZIP) □Own  □Rent  No. Yrs. | Former Address (street, city, state, ZIP) □Own  □Rent  No. Yrs. |
|---|---|

Fannie Mae Form 1003   07/05
CALYX Form Loanapp1.frm 06/06                Page 1 of 5        Borrower _____   Co-Borrower        Freddie Mac Form 65   07/05


PLAINTIFF'S
EXHIBIT
3

| | Borrower | | IV. EMPLOYMENT INFORMATION | | Co-Borrower | |
|---|---|---|---|---|---|---|
| Name & Address of Employer<br>Howard Univ Hospital<br>2400 6th Street NW<br>Washington, DC 20089 | ☐ Self Employed | Yrs. on this job<br>33 yr(s)<br>Yrs. employed in this line of work/profession<br>13 | Name & Address of Employer | ☐ Self Employed | | Yrs. on this job<br>Yrs. employed in this line of work/profession |
| Position/Title/Type of Business<br>Health Enviromel Specialist | | Business Phone (incl. area code) | Position/Title/Type of Business | | | Business Phone (incl. area code) |

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**

| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | | Dates (from-to) |
|---|---|---|---|---|---|---|
| | | Monthly Income<br>$ | | | | Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | | Dates (from-to) |
| | | Monthly Income<br>$ | | | | Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | | Dates (from-to) |
| | | Monthly Income<br>$ | | | | Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | | Business Phone (incl. area code) |
| Name & Address of Employer | ☐ Self Employed | Dates (from-to) | Name & Address of Employer | ☐ Self Employed | | Dates (from-to) |
| | | Monthly Income<br>$ | | | | Monthly Income<br>$ |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | | | Business Phone (incl. area code) |

**V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION**

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 13,500.00 | $ | 13,500.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | | $ 3,533.80 |
| Bonuses | | | | Other Financing (P&I) | | 1,336.10 |
| Commissions | | | | Hazard Insurance | | 88.07 |
| Dividends/Interest | | | | Real Estate Taxes | | 250.00 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 13,500.00 | $ | 13,500.00 | Total | $ | $ 5,199.97 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

Describe Other Income    *Notice:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |
| | | |

Fannie Mae Form 1003   07/05
CALYX Form Loanapp2.frm 09/05

Page 2 of 5

Borrower
Co-Borrower

Freddie Mac Form 65   07/05

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed [ ] Jointly  [X] Not Jointly

| ASSETS | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Description | | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| Cash deposit toward purchase held by: Earnest Deposit | $ 1,000 | Name and address of Company BB T PO BOX 1847 WILSON, NC 27894 | $ Payment/Months | |
| List checking and savings accounts below | | | | |
| Name and address of Bank, S&L, or Credit Union WACHOVIA | | Acct. no. | 550 /11 | 32,111 |
| | | Name and address of Company EMERGE/FNBO P.O. BOX 723098 ATLANTA, GA 31139-1001 | $ Payment/Months | |
| Acct. no. | $ 60,000 | | | |
| Name and address of Bank, S&L, or Credit Union | | Acct. no. | 97 /11 | 3,471 |
| | | Name and address of Company HSBC/RMSTR PO BOX 15524 WILMINGTON, DE 19850 | $ Payment/Months | |
| Acct. no. | $ | Acct. no. | 68 /11 | 1,803 |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company DISCOVER FIN SVCS LLC PO BOX16316    ATTN:CMB/PRCD DEVELOP WILMINGTON, DE 19850-5316 | $ Payment/Months | |
| Acct. no. | $ | | | |
| Stocks & Bonds (Company name/number description) | $ | Acct. no. | 35 /11 | 1,712 |
| | | Name and address of Company CAPITAL 1 BK PO BOX 85016 RICHMOND, VA 23285-5075 | $ Payment/Months | |
| Life insurance net cash value Face amount: $ | $ | Acct. no. | 19 /11 | 227 |
| Subtotal Liquid Assets | $ 61,000 | Name and address of Company | $ Payment/Months | |
| Real estate owned (enter market value from schedule of real estate owned) | $ | | | |
| Vested interest in retirement fund | $ | | | |
| Net worth of business(es) owned (attach financial statement) | $ | Acct. no. | | |
| Automobiles owned (make and year) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job-Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ 750 | |
| Total Assets a. | $ 61,000 | Net Worth (a minus b) $ 21,676 | Total Liabilities b. | $ 39,334 |

**Schedule of Real Estate Owned** (If additional properties are owned, use continuation sheet)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

Fannie Mae Form 1003   07/05
CALYX Form Loanapp3.frm 09/05

Page 3 of 5

Borrower
Co-Borrower

Freddie Mac Form 65   07/05

| VII. DETAILS OF TRANSACTION | | | VIII. DECLARATIONS | | | | | |
|---|---|---|---|---|---|---|---|---|
| a. Purchase price | $ | 649,000.00 | If you answer "Yes" to any questions a through i, please use continuation sheet for explanation. | | Borrower | | Co-Borrower | |
| b. Alterations, improvements, repairs | | | | | Yes | No | Yes | No |
| c. Land (if acquired separately) | | | a. Are there any outstanding judgments against you? | | ☐ | ☑ | ☐ | ☐ |
| d. Refinance (incl. debts to be paid off) | | | b. Have you been declared bankrupt within the past 7 years? | | ☐ | ☑ | ☐ | ☐ |
| e. Estimated prepaid items | | 1,148.30 | c. Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | | ☐ | ☑ | ☐ | ☐ |
| f. Estimated closing costs | | 13,963.14 | | | | | | |
| g. PMI, MIP, Funding Fee | | | d. Are you a party to a lawsuit? | | ☐ | ☑ | ☐ | ☐ |
| h. Discount (if Borrower will pay) | | | e. Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | | ☐ | ☑ | ☐ | ☐ |
| i. Total costs (add items a through h) | | 664,111.44 | (This would include such loans as home mortgage loans, SBA loans, home improvement loans, educational loans, manufactured (mobile) home loans, any mortgage, financial obligation, bond, or loan guarantee. If "Yes," provide details, including date, name and address of Lender, FHA or VA case number, if any, and reasons for the action.) | | | | | |
| j. Subordinate financing | | 109,600.00 | | | | | | |
| k. Borrower's closing costs paid by Seller | | | f. Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? If "Yes," give details as described in the preceding question. | | ☐ | ☑ | ☐ | ☐ |
| l. Other Credits (explain)  Cash Deposit | | 1,000.00 | | | | | | |
| | | | g. Are you obligated to pay alimony, child support, or separate maintenance? | | ☐ | ☑ | ☐ | ☐ |
| | | | h. Is any part of the down payment borrowed? | | ☐ | ☑ | ☐ | ☐ |
| | | | i. Are you a co-maker or endorser on a note? | | ☐ | ☑ | ☐ | ☐ |
| New 2nd Mtg Closing Costs | | -1,125.41 | j. Are you a U. S. citizen? | | ☑ | ☐ | ☐ | ☐ |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | | 439,300.00 | k. Are you a permanent resident alien? | | ☐ | ☑ | ☐ | ☐ |
| | | | l. Do you intend to occupy the property as your primary residence? If "Yes," complete question m below. | | ☑ | ☐ | ☐ | ☐ |
| n. PMI, MIP, Funding Fee financed | | | | | | | | |
| o. Loan amount (add m & n) | | 439,300.00 | m. Have you had an ownership interest in a property in the last three years? | | ☐ | ☑ | ☐ | ☐ |
| | | | (1) What type of property did you own—principal residence (PR), second home (SH), or investment property (IP)? | | | | | |
| p. Cash from/to Borrower (subtract j, k, l & o from i) | | 15,228.86 | (2) How did you hold title to the home—solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | | | | | |

## IX. ACKNOWLEDGEMENT AND AGREEMENT

Each of the undersigned specifically represents to Lender and to Lender's actual or potential agents, brokers, processors, attorneys, insurers, servicers, successors and assigns and agrees and acknowledges that: (1) the information provided in this application is true and correct as of the date set forth opposite my signature and that any intentional or negligent misrepresentation of this information contained in this application may result in civil liability, including monetary damages, to any person who may suffer any loss due to reliance upon any misrepresentation that I have made on this application, and/or in criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq.; (2) the loan requested pursuant to this application (the "Loan") will be secured by a mortgage or deed of trust on the property described in this application; (3) the property will not be used for any illegal or prohibited purpose or use; (4) all statements made in this application are made for the purpose of obtaining a residential mortgage loan; (5) the property will be occupied as indicated in this application; (6) the Lender, its servicers, successors or assigns may retain the original and/or an electronic record of this application, whether or not the Loan is approved; (7) the Lender and its agents, brokers, insurers, servicers, successors and assigns may continuously rely on the information contained in the application, and I am obligated to amend and/or supplement the information provided in this application if any of the material facts that I have represented herein should change prior to closing of the Loan; (8) in the event that my payments on the Loan become delinquent, the Lender, its servicers, successors or assigns may, in addition to any other rights and remedies that it may have relating to such delinquency, report my name and account information to one or more consumer reporting agencies; (9) ownership of the Loan and/or administration of the Loan account may be transferred with such notice as may be required by law; (10) neither Lender nor its agents, brokers, insurers, servicers, successors or assigns has made any representation or warranty, express or implied, to me regarding the property or the condition or value of the property; and (11) my transmission of this application as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or my facsimile transmission of this application containing a facsimile of my signature, shall be as effective, enforceable and valid as if a paper version of this application were delivered containing my original written signature.

**Acknowledgement.** Each of the undersigned hereby acknowledges that any owner of the Loan, its servicers, successors and assigns, may verify or reverify any information contained in this application or obtain any information or data relating to the Loan, for any legitimate business purpose through any source, including a source named in this application or a consumer reporting agency.

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X _Juanita James_ | 11/30/06 | X | |

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a Lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information | | CO-BORROWER | ☐ I do not wish to furnish this information | |
|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | ☑ Not Hispanic or Latino | Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino |
| Race: | ☐ American Indian or Alaska Native | ☐ Asian   ☑ Black or African American | Race: | ☐ American Indian or Alaska Native | ☐ Asian   ☐ Black or African American |
| | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White |
| Sex: | ☑ Female | ☐ Male | Sex: | ☐ Female | ☐ Male |

| To be Completed by Interviewer | Interviewer's Name (print or type) | | Name and Address of Interviewer's Employer |
|---|---|---|---|
| This application was taken by: | Howard Johnson | | AAPEX MORTGAGE |
| ☐ Face-to-face interview | Interviewer's Signature | Date | 601 W BLOOMINGDALE AVE |
| ☐ Mail | | | Brandon, FL 33811 |
| ☑ Telephone | Interviewer's Phone Number (incl. area code) | | (P) 813-684-1111 |
| ☐ Internet | 321-662-7666 | | (F) 813-671-1207 |

# Uniform Residential Loan Application

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower", as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the "Borrower" (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security interest is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

*Juanita James*
Borrower                                                   Co-Borrower

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☑ Conventional  ☐ Other (explain): | Agency Case Number | Lender Case Number |
| | ☐ FHA  ☐ USDA/Rural Housing Service | | |

| Amount $ 109,500 | Interest Rate 13.000 % | No. of Months 360/360 | Amortization Type: ☑ Fixed Rate  ☐ Other (explain): ☐ GPM  ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

Subject Property Address (street, city, state, & ZIP)
5031 4th  NW, Washington, DC 20011   Columbia District Of Columbia

| No. of Units |
|---|
| 1 |

Legal Description of Subject Property (attach description if necessary)
SEE ATTACHED SCHEDULE A FOR LEGAL

| Year Built |
|---|
| |

Purpose of Loan  ☑ Purchase  ☐ Construction  ☐ Other (explain):  ☐ Refinance  ☐ Construction-Permanent

Property will be: ☑ Primary Residence  ☐ Secondary Residence  ☐ Investment

Complete this line if construction or construction-permanent loan.

| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a+b) |
| | $ | $ | $ | $ | $ |

Complete this line if this is a refinance loan.

| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements | ☐ made  ☐ to be made |
| | $ | $ | | Cost: $ | |

Title will be held in what Name(s)
Juanita James

Manner in which Title will be held
Single woman

Estate will be held in:
☑ Fee Simple
☐ Leasehold (show expiration date)

Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain)
Checking/Savings

## III. BORROWER INFORMATION

| | Borrower | Co-Borrower |
|---|---|---|
| Borrower's Name (include Jr. or Sr. if applicable) | Juanita James | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School 12 | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |

| ☐ Married  ☑ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no. 0  ages 0 | ☐ Married  ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no.  ages |

| Present Address (street, city, state, ZIP)  ☐ Own  ☑ Rent  3  No. Yrs. | Present Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs. |
| 214 Gallatine  Str |
| Washington, DC 20011 |

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |

If residing at present address for less than two years, complete the following:

| Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs. |

| Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs. |

Fannie Mae Form 1003   07/05
CALYX Form Loanapp1.frm 08/05

Page 1 of 6

Borrower
Co-Borrower

Freddie Mac Form 65   07/05


PLAINTIFF'S EXHIBIT 4

11/30/2008 11:07 FAX 813 864 8499   GUARDIAN MORTGAGE

## IV. EMPLOYMENT INFORMATION

| Borrower | | Co-Borrower | |
|---|---|---|---|
| Name & Address of Employer ☐ Self Employed<br>Howard Univ Hospital<br>2400 6th Street NW<br>Washington, DC 20059 | Yrs. on this job<br>33 yr(s)<br>Yrs. employed in this line of work/profession<br>33 | Name & Address of Employer ☐ Self Employed | Yrs. on this job<br>Yrs. employed in this line of work/profession |
| Position/Title/Type of Business<br>Health Enviromal Specialist | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

*If employed in current position for less than two years or if currently employed in more than one position, complete the following:*

| Borrower | | Co-Borrower | |
|---|---|---|---|
| Name & Address of Employer ☐ Self Employed | Dates (from-to)<br><br>Monthly Income $ | Name & Address of Employer ☐ Self Employed | Dates (from-to)<br><br>Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
| Name & Address of Employer ☐ Self Employed | Dates (from-to)<br><br>Monthly Income $ | Name & Address of Employer ☐ Self Employed | Dates (from-to)<br><br>Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
| Name & Address of Employer ☐ Self Employed | Dates (from-to)<br><br>Monthly Income $ | Name & Address of Employer ☐ Self Employed | Dates (from-to)<br><br>Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
| Name & Address of Employer ☐ Self Employed | Dates (from-to)<br><br>Monthly Income $ | Name & Address of Employer ☐ Self Employed | Dates (from-to)<br><br>Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 13,600.00 | $ | $ 13,600.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | | $ 3,395.88 |
| Bonuses | | | | Other Financing (P&I) | | 1,214.91 |
| Commissions | | | | Hazard Insurance | | $0.50 |
| Dividends/Interest | | | | Real Estate Taxes | | 260.00 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "Describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other: | | |
| Total | $ 13,600.00 | $ | $ 13,600.00 | Total | $ | $ 4,844.17 |

\* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

**Describe Other Income** *Notices:* Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan.

| B/C | | Monthly Amount |
|---|---|---|
| | | $ |

Fannie Mae Form 1003   07/05<br>CALYX Form Loanapp3.frm 09/05

Page 2 of 5

Borrower<br>Co-Borrower

Freddie Mac Form 65   07/05

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise, separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting schedules must be completed by that spouse or other person also.

Completed ☐ Jointly ☑ Not Jointly

| ASSETS Description | Cash or Market Value | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
|---|---|---|---|---|
| Cash deposit toward purchase held by: Earnest Deposit | 1,000. | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
| List checking and savings accounts below | | Name and address of Company BB T PO BOX 1847 WILSON, NC 27894 | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union WACHOVIA | | | | |
| | | Acct. no. ▓▓▓ | 550 /11 | 32,111 |
| Acct. no. $ 60,000 | | Name and address of Company EMERGE/FNBO P.O. BOX 723588 ATLANTA, GA 31139-1001 | $ Payment/Months | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. ▓▓▓ | 97 /11 | 3,471 |
| | | Name and address of Company HSBC/RMSTR PO BOX 15524 WILMINGTON, DE 19850 | $ Payment/Months | |
| Acct. no. $ | | | | |
| Name and address of Bank, S&L, or Credit Union | | | | |
| | | Acct. no. ▓▓▓ | 58 /11 | 1,803 |
| | | Name and address of Company DISCOVER FIN SVCS LLC PO BOX 15316    ATT:CMS/PROD DEVELOP WILMINGTON, DE 19850-5316 | $ Payment/Months | |
| Acct. no. $ | | | | |
| Stocks & Bonds (Company name/number description) $ | | | | |
| | | Acct. no. ▓▓▓ | 35 /11 | 1,712 |
| | | Name and address of Company CAPITAL 1 BK PO BOX 85015 RICHMOND, VA 23285-5075 | $ Payment/Months | |
| Life insurance net cash value $ | | | | |
| Face amount: $ | | | | |
| Subtotal Liquid Assets $ 61,000 | | Acct. no. ▓▓▓ | 19 /11 | 227 |
| Real estate owned (enter market value from schedule of real estate owned) $ | | Name and address of Company | $ Payment/Months | |
| Vested interest in retirement fund $ | | | | |
| Net worth of business(es) owned (attach financial statement) $ | | | | |
| | | Acct. no. | | |
| Automobiles owned (make and year) $ | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) $ | | Job-Related Expense (child care, union dues, etc.) $ | | |
| | | Total Monthly Payments | $ 759 | |
| Total Assets a. $ 61,000 | | Total Liabilities b. $ 39,324 | | |

Net Worth (a minus b) → $ 21,676

### Schedule of Real Estate Owned (If additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| | | $ | $ | $ | $ | $ | $ |
| | | | | | | | |
| | | | | | | | |
| Totals | | $ | $ | $ | $ | $ | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|
| | | |

Fannie Mae Form 1003   07/05
CALYX Form Loanapp3.frm 05/05

Page 3 of 5

Borrower
Co-Borrower

Freddie Mac Form 65   07/05

# TRUTH-IN-LENDING DISCLOSURE STATEMENT

**BRANCH BANKING AND TRUST CO.**

**1508 KLONDIKE RD  SUITE 400**

**CONYERS, GA 30094**

Phone:(888)761-8333          Fax:(888)395-8270

App No. 08-0002698                                                                              11/30/2006

| Annual Percentage Rate | Finance Charge | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| 11.934% | $1,280,096.96 | $436,353.70 | $1,716,450.66 |

Your monthly payment schedule will be:

| # of Payments | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING |
|---|---|---|
| 36 | $3,533.90 | January 01, 2007 |
| 6 | $4,471.23 | January 01, 2010 |
| 6 | $4,795.03 | July 01, 2010 |
| 311 | $4,916.48 | January 01, 2011 |
| 1 | $4,918.42 | December 01, 2036 |

**ITEMIZATION:** You have a right at this time to an ITEMIZATION OF AMOUNT FINANCED. I/We ☐ do ☐ do not want an itemization.

**DEMAND FEATURE:** ☒ This loan does not have a demand feature. ☐ This loan has a demand feature.

**VARIABLE RATE FEATURE:** ☐ This loan does not have a variable rate feature. ☒ This loan has a variable rate feature. Disclosures about the variable rate feature have been provided to you earlier.

**INSURANCE:** The following insurance is required to obtain credit:

☐ Credit life insurance and credit disability ☒ Property insurance ☒ Flood insurance if Property in Flood Zone

You may obtain property insurance from any insurer that is acceptable to the lender.

**SECURITY:** You are giving a security interest in the real property located at: 5531  4TH STREET NW WASHINGTON, DC 20011

**LATE CHARGE:** If a payment is more than 15 days late, you will be charged 5.0% of the payment, but not less than U.S. $1.00 and not more than U.S. $176.70 .

**PREPAYMENT:** If you pay off early, you

☐ may ☒ will not have to pay a penalty.

☐ may ☒ will not be entitled to a refund of part of the finance charge.

**ASSUMPTION:** Someone buying your property

☐ may, subject to conditions ☒ may not assume the remainder of your loan on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

☐ If checked, all dates and numerical disclosures except the late payment disclosures are estimates.

Neither you nor the creditor previously has become obligated to make or accept this loan, nor is any such obligation made by the delivery or signing of this disclosure.

I/we have read this Statement, and understand its contents:          DATE: 11/30/06

X _Juanita James_
JUANITA JAMES

X _____

X _____

X _____

NOTE: Payments shown above do not include reserve deposits for taxes, assessments, and property or flood insurance.

Management Systems Development, Inc.  (310)519-3111          Loan Energizer™          il.regz_cn3(07/30/04)e)          Copyright (c) 2003-2004



## PAYMENT LETTER

Dear Branch Banking and Trust Co. customer:

We value your business and welcome you as a mortgage customer.  Please call us if you have any questions.

Phone Number          (888)781-8333

General Correspondence    BRANCH BANKING AND TRUST CO.

1506 KLONDIKE RD   SUITE 400
CONYERS, GA 30094

Your payment is due and payable on __01/01/2007__ and consists of the following:

| | |
|---|---|
| Principal and Interest | $3,533.90 |
| Real Estate Taxes | $0.00 |
| Home Owner's Insurance | $0.00 |
| Flood Insurance | |
| Mortgage Insurance Premium | $0.00 |
| Other | |
| **Total Payment** | $3,533.90 |

Monthly payment statements will be sent when your loan is set up for servicing.  If you do not receive a monthly payment statement prior to the date of your first payment, please use the coupon at the bottom of this letter and send your payment to the address on the coupon.  Your cancelled check or money order copy will be your receipt.

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Receipt of copy of this letter is acknowledged.

Mortgagor  JUANITA JAMES          Mortgagor

Mortgagor          Mortgagor

..............................................................(detach)..............................................................

### TEMPORARY PAYMENT COUPON

Mail to:  BRANCH BANKING AND TRUST CO.          Monthly Payment Amount  $3,533.90

1506 KLONDIKE RD   SUITE 400
CONYERS, GA 30094          Due Date of Payment          01/01/2007

Borrower's Name:  JUANITA JAMES

Subject Property:  5031  4TH STREET NW, WASHINGTON, DC  20011

Management Systems Development, Inc.  (310) 427-7516      Loan Energizer™      &pmlletlr(revised 9/8/06)      Copyright (c) 2003-2004



NOV. 30. 2006  2:19PM   LENDMARK CLOSING OPT                    NO. 6615  P. 3

## TRUTH-IN-LENDING DISCLOSURE STATEMENT

BRANCH BANKING AND TRUST CO.
1698 KLONDIKE RD   SUITE 400
CONYERS, GA 30094
Phone:(888)781-8282   Fax:(888)395-6270

App No. 06-0322718                                             11/30/2006

| Annual Percentage Rate | Finance Charge | Amount Financed | Total of Payments |
|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid after you have made all payments as scheduled. |
| **13.289%** | **$209,406.04** | **$109,531.14** | **$318,937.18** |

Your monthly payment schedule will be:

| # of Payments | AMOUNT OF PAYMENTS | PAYMENTS ARE DUE MONTHLY BEGINNING | |
|---|---|---|---|
| 179 | $1,236.10 | January 01, 2007 | **FINAL** |
| 1 | $97,678.28 | December 01, 2021 | |

**ITEMIZATION:** You have a right at this time to an ITEMIZATION OF AMOUNT FINANCED. I/We ☐ do ☒ do not want an itemization.

**DEMAND FEATURE:** ☒ This loan does not have a demand feature.   ☐ This loan has a demand feature.

**VARIABLE RATE FEATURE:** ☒ This loan does not have a variable rate feature.   ☐ This loan has a variable rate feature. Disclosure about the variable rate feature have been provided to you earlier.

**INSURANCE:** The following insurance is required to obtain credit:
☐ Credit life insurance and credit disability   ☐ Property insurance   ☒ Flood insurance if Property in Flood Zone
You may obtain property insurance from any insurer that is acceptable to the lender.

**SECURITY:** You are giving a security interest in the real property located at: 6031 4TH STREET NW
WASHINGTON, DC 20011

**LATE CHARGE:** If a payment is more than 15 days late, you will be charged  5.0%  of the payment, but not less than U.S.
$61.81   and not more than U.S. $61.81 .

**PREPAYMENT:** If you pay off early, you
☐ may  ☒ will not   have to pay a penalty.                      earlier.
☐ may  ☒ will not   be entitled to a refund of part of the finance charge.

**ASSUMPTION:** Someone buying your property
☐ may  ☐ may, subject to conditions  ☒ may not   assume the remainder of your loan on the original terms.

See your contract documents for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment refunds and penalties.

☐ If checked, all dates and numerical disclosures except the late payment disclosure are estimates.

Neither you nor the creditor previously has become obligated to make or accept this loan, nor is any such obligation made by the delivery or signing of this disclosure.

I/we have read this Statement, and understand its contents.                  DATE 11/30/06

X _Juanita James_ _____        X _____
    JUANITA JAMES

X _____     X _____

NOTE: Payments shown above do not include reserve deposits for taxes, assessments, and property or flood insurance.
Management Systems Development, Inc.  (810) 619-3171        Loan Encription™      &regs_dn2(07/03/04)(o)        Copyright (c) 2003-2004



PLAINTIFF'S EXHIBIT 7

# PAYMENT LETTER

Dear Branch Banking and Trust Co. customer:

We value your business and welcome you as a mortgage customer.  Please call us if you have any questions.

Phone Number    (888)761-8333

General Correspondence    **BRANCH BANKING AND TRUST CO.**

        **1506 KLONDIKE RD   SUITE 400
CONYERS, GA 30094**

Your payment is due and payable on  __01/01/2007__   and consists of the following:

| | |
|---|---|
| Principal and Interest | $1,236.10 |
| Real Estate Taxes | $0.00 |
| Home Owner's Insurance | $0.00 |
| Flood Insurance | |
| Mortgage Insurance Premium | $0.00 |
| Other | |
| **Total Payment** | $1,236.10 |

Monthly payment statements  will  be sent  when  your loan is set up for servicing.  If you  do not  receive a monthly payment  statement  prior to the  date of your first payment,  please use  the coupon at  the bottom of this letter and  send your payment to the address on the coupon.  Your cancelled check or money order copy will be your receipt.

We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

Receipt of copy of this letter is acknowledged.

| | |
|---|---|
| Mortgagor  JUANITA  JAMES | Mortgagor |
| Mortgagor | Mortgagor |

..................................................................(detach).....................................................................

## TEMPORARY PAYMENT COUPON

Mail to:  **BRANCH BANKING AND TRUST CO.**    Monthly Payment Amount __$1,236.10__

        **1506 KLONDIKE RD   SUITE 400
CONYERS, GA 30094**    Due Date of Payment   __01/01/2007__

Borrower's Name:   **JUANITA  JAMES**

Subject Property:   **5031  4TH STREET NW, WASHINGTON, DC  20011**

Management Systems Development, Inc.  (310) 427-7516    *Loan Energizer™*    &pmtLettr(revised 8/8/06)    Copyright (c) 2003-2004



**A. Settlement Statement**

U.S. Department of Housing and Urban Development

OMB Approval No. 2502-0265 (expires 9/30/2006)   **FINAL**

**B. Type of Loan**

| 1. ☐ FHA   2. ☐ FmHA   3. ☐ Conv. Unins. | 6. File Number | 7. Loan Number | 8. Mortgage Insurance Case Number |
|---|---|---|---|
| 4. ☐ VA    5. ☐ Conv. Ins. | LEH-06-1129 | | |

**C. Note:** This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

**WARNING:** It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.

TitleExpress Settlement System
Printed 01/23/2007 at 10:18 MR

| | |
|---|---|
| **D. NAME OF BORROWER:** | Juanita James |
| ADDRESS: | 214 Gallatin Street NW, Washington, DC 20011 |
| **E. NAME OF SELLER:** | Li Yao |
| ADDRESS: | 5901 Kingsford Place, Bethesda, MD 20817 |
| **F. NAME OF LENDER:** | BRANCH BANKING & TRUST COMPANY |
| ADDRESS: | 1506 KLONDIKE ROAD, SUITE 400, CONYERS, GA 30094 |
| **G. PROPERTY ADDRESS:** | 5031 4th Street NW, Washington, DC 20011 |
| | Square 3302, Lot 0036 |
| **H. SETTLEMENT AGENT:** | Lehtab Title & Escrow, Inc., Telephone: 240-456-0793 Fax: 240-456-0798 |
| PLACE OF SETTLEMENT: | 1006 West Street, Laurel, MD 20707 |
| **I. SETTLEMENT DATE:** | 11/30/2006 |

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| **100. GROSS AMOUNT DUE FROM BORROWER** | | **400. GROSS AMOUNT DUE TO SELLER** | |
| 101. Contract sales price | 549,000.00 | 401. Contract sales price | 549,000.00 |
| 102. Personal Property | | 402. Personal Property | |
| 103. Settlement charges to borrower (line 1400) | 23,675.01 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes | | 406. City/town taxes | |
| 107. County taxes | | 407. County taxes | |
| 108. Assessments | | 408. Assessments | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| **120. GROSS AMOUNT DUE FROM BORROWER** | 572,675.01 | **420. GROSS AMOUNT DUE TO SELLER** | 549,000.00 |
| **200. AMOUNTS PAID BY OR ON BEHALF OF BORROWER** | | **500. REDUCTIONS IN AMOUNT DUE TO SELLER** | |
| 201. Deposit or earnest money | 2,000.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loans | 439,200.00 | 502. Settlement charges to seller (line 1400) | 22,447.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loan(s) taken subject to | |
| 204. 2ND TRUST PROCEEDS | 109,187.64 | 504. Payoff 1574128884 | 339,068.08 |
| BRANCH BANKING & TRUST COMPANY | | CHASE HOME FINANCE LLC | |
| 205. | | 505. | |
| 206. | | 506. Partial Taxes Due 2nd Half | 158.97 |
| | | D.C. Treasurer | |
| 207. | | 507. Water Escrow | 150.00 |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes 09/16/06 to 11/30/06 | 484.97 | 510. City/town taxes 09/16/06 to 11/30/06 | 484.97 |
| 211. County taxes | | 511. County taxes | |
| 212. Assessments | | 512. Assessments | |
| 213. | | 513. HANDICAP CONVERSION | 45,000.00 |
| 214. | | 514. | |
| 215. SELLER CLOSING CREDIT | 15,000.00 | 515. SELLER CLOSING CREDIT | 15,000.00 |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| **220. TOTAL PAID BY/FOR BORROWER** | 565,872.61 | **520. TOTAL REDUCTION AMOUNT DUE SELLER** | 422,309.12 |
| **300. CASH AT SETTLEMENT FROM OR TO BORROWER** | | **600. CASH AT SETTLEMENT TO OR FROM SELLER** | |
| 301. Gross amount due from borrower (line 120) | 572,675.01 | 601. Gross amount due to seller (line 420) | 549,000.00 |
| 302. Less amounts paid by/for borrower (line 220) | 565,872.61 | 602. Less reduction amount due seller (line 520) | 422,309.12 |
| **303. CASH FROM BORROWER** | 6,802.40 | **603. CASH TO SELLER** | 126,690.88 |

**SUBSTITUTE FORM 1099 SELLER STATEMENT:** The information contained herein is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if this item is required to be reported and the IRS determines that it has not been reported. The Contract Sales Price described on the 401 above constitutes the Gross Proceeds of this transaction.

You are required by law to provide the settlement agent (Fed. Tax I.D. No: _____ ) with your correct taxpayer identification number. If you do not provide your correct taxpayer identification number, you may be subject to civil or criminal penalties imposed by law. Under penalties of perjury, I certify that the number shown on this statement is my correct taxpayer identification number.

TIN: _____ / __-__-__ - __ - __     SELLER(S) SIGNATURE(S): _____ / _____

SELLER(S) NEW MAILING ADDRESS: _____

SELLER(S) PHONE NUMBERS: _____ (H) _____ (W)



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

File Number: LEH-06-1129   PAGE-2   FINAL

TitleExpress Settlement System   Printed 01/23/2007 at 10:18 MR

## SETTLEMENT STATEMENT

| L. SETTLEMENT CHARGES | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $489,000.00 @ 3.000 = 14,970.00 | | |
| Division of commission (line 700) as follows: | | |
| 701. $   to | | |
| 702. $   14,970.00   to  Century 21 Advantage Realty | | |
| 703. Commission paid at Settlement | | 12,970.00 |
| 704. $ 2,000.00 POC, Earnest Money retained as part of commission by Century 21 Advantage Realty | | 2,000.00 |
| 705. Admin Fee   to  Century 21 Advantage Realty | 200.00 | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | |
| 801. Loan Origination Fee   % | | |
| 802. Loan Discount   % | | |
| 803. Appraisal Fee   to TRUST APPRAISERS INC.   (P.O.C.) 175.00 Buyer | | |
| 804. Credit Report   to CREDCO   LR | 11.39 | |
| 805. Mortgage Broker Fee   to AAPEX MORTGAGE | 1,195.00 | |
| 806. Appraisal Review Fee   to LANDSAFE   LR | 455.00 | |
| 807. Underwriting Fee   to BRANCH BANKING & TRUST COMPANY   LR | 495.00 | |
| 808. Flood Determination Fee   to FIRST AMERICAN FLOOD   LR | 8.00 | |
| 809. Administration Fee   to BRANCH BANKING & TRUST COMPANY   LR | 395.00 | |
| 810. Tax Service Fee   to FIRST AMERICAN   LR | 60.00 | |
| 811. Broker Fee paid by BB&T   to AAPEX MORTGAGE   $8,784.00 POC by Lender | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | |
| 901. Interest From   11/30/2006 to 12/01/2006   @$   108.2959 /day   1 Days   LR | 108.30 | |
| 902. Mortgage Insurance Premium for   to | | |
| 903. Hazard Insurance Premium for   1 YEAR to STATE FARM INSURANCE COMPANIES | 1,040.00 | |
| 904. Handling Fee   to BRANCH BANKING & TRUST COMPANY   LR | 35.00 | |
| 905. | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | |
| 1001. Hazard Insurance   mo. @ $   86.67 /mo | | |
| 1002. Mortgage Insurance   mo. @ $   /mo | | |
| 1003. City Property Tax   mo. @ $   195.07 /mo | | |
| 1004. County Property Tax   mo. @ $   /mo | | |
| 1005. Annual Assessments   mo. @ $   /mo | | |
| 1009. Aggregate Analysis Adjustment | 0.00 | 0.00 |
| 1100. TITLE CHARGES | | |
| 1101. Settlement or closing fee   to Lehteb Title & Escrow, Inc. | 250.00 | 150.00 |
| 1102. Abstract or title search   to M & J ABSTRACTS, LLC | 215.75 | |
| 1103. Title examination   to Lehteb Title & Escrow, Inc. | 275.00 | |
| 1104. Title insurance binder   to Lehteb Title & Escrow, Inc. | 75.00 | |
| 1105. Document Preparation   to Lehteb Title & Escrow, Inc. | 100.00 | |
| 1106. Notary Fees | | 100.00 |
| 1107. Attorney's fees   to Suren Adams, Esq. | | |
| (includes above Item No:   ) | | |
| 1108. Title Insurance   to Conestoga Title Insurance Company | 2,132.00 | |
| (includes above Item No:   ) | | |
| 1109. Lender's Policy   439,200.00  - 1,206.00 | | |
| 1110. Owner's Policy   549,000.00  - 926.00 | | |
| 1111. P/O Procurement Fee   to Lehteb Title & Escrow, Inc. | | 100.00 |
| 1112. Courier/Wire/Overnight   to Lehteb Title & Escrow, Inc. | 50.00 | 50.00 |
| 1113. Recordation Walk Through   to Lehteb Title & Escrow, Inc. | 75.00 | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | |
| 1201. Recording Fees Deed $ 26.50   ; Mortgage $ 138.50   ; Release $ 26.50 | 165.00 | 26.50 |
| 1202. City Transfer Tax   Deed $7,960.50   ; Mortgage $ | 910.00 | 7,060.50 |
| 1203. City Recordation Tax   Deed $7,960.50   ; Mortgage $ | 7,960.50 | |
| 1204. Construction Tax   Deed $   ; Mortgage $ | | |
| 1205. | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | |
| 1301. Survey   to ALL COUNTY LOCATION SURVEYS, INC. | 350.00 | |
| 1302. Pest Inspection | | |
| 1303. Payment   to DEBT FREE | 7,114.07 | |
| 1400. TOTAL SETTLEMENT CHARGES   (enter on lines 103, Section J and 502, Section K) | 23,675.01 | 22,447.00 |

HUD CERTIFICATION OF BUYER AND SELLER

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

WARNING: IT IS A CRIME TO KNOWINGLY MAKE FALSE STATEMENTS TO THE UNITED STATES ON THIS OR ANY SIMILAR FORM. PENALTIES UPON CONVICTION CAN INCLUDE A FINE AND IMPRISONMENT. FOR DETAILS SEE TITLE 18: U.S. CODE SECTION 1001 AND SECTION 1010.

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT: _____   DATE: _____

May 17 07 05:35p   KAREN                                      .907                        p.9

## Uniform Residential Loan Application                                    3850337

Juanita James

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification or ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of the loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

_Juanita James_

| Borrower | Co-Borrower |

### I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA ☒ Conventional ☐ Other: | Agency Case Number | Lender Case Number |
| ☐ FHA ☐ USDA/Rural Housing Service | | | 3850337 |

| Amount | Interest Rate | No. of Months | Amortization Type: | ☒ Fixed Rate ☐ Other (explain): 30X JYMBO | 30Yr Fixed Jumbo IO |
| $462,400.00 | 6.625% | 360 | | ☐ GPM ☐ ARM (type): | |

### II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) | No. of Units |
| 5031 4th Street N.W. Washington DC 20011 | 1 |
| Legal Description of Subject Property (attach description if necessary) | Year Built |

| Purpose of Loan | ☐ Purchase ☐ Construction ☒ Refinance ☐ Construction-Permanent | ☐ Home Improvement ☐ Other (explain): | Property will be: ☒ Primary Residence ☐ Secondary Residence ☐ Investment |

| Complete this line if construction or construction-permanent loan. |
| Year Lot Acquired | Original Cost | Amount Existing Liens | (a) Present Value of Lot | (b) Cost of Improvements | Total (a + b) |
| | $ | $ | $ | $ | $ |

| Complete this line if this is a refinance loan. |
| Year Acquired | Original Cost | Amount Existing Liens | Purpose of Refinance | Describe Improvements ☐ made ☐ to be made |
| | $ | $ | | Cost: $ |

| Title will be held in what Name(s) | Manner in which Title will be held | Estate will be held in: |
| James, Juanita | Sole Owner | ☒ Fee Simple ☐ Leasehold (show expiration date) |

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) |

### III. BORROWER INFORMATION

| | Borrower | | Co-Borrower |
| Borrower's Name (include Jr. or Sr. if applicable) | | Co-Borrower's Name (include Jr. or Sr. if applicable) | |
| Ms Juanita James | | | |

| Social Security Number | Home Phone (incl. area code) | DOB | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB | Yrs. School |
| | | | 14 | | | | |

| ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Co-Borrower) no. ages | | ☐ Married ☐ Unmarried (include single, divorced, widowed) ☐ Separated | Dependents (not listed by Borrower) no. ages |

| Present Address (street, city, state, ZIP) ☒ Own ☐ Rent ___ No. Yrs. 2y7m | | Present Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |
| 5031 4th Street Nw Washington, DC 20011 | | |

| Mailing Address, if different from Present Address | | Mailing Address, if different from Present Address |

| If residing at present address for less than two years, complete the following: |
| Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. | Former Address (street, city, state, ZIP) ☐ Own ☐ Rent ___ No. Yrs. |

240122A (xxxx)     (rev99 03/06) (122A1)
Page 1 of 5
VMP Mortgage Solutions, Inc.

_eʃel._



3850337
Juanita James

| | BORROWER | IV. EMPLOYMENT INFORMATION | CO-BORROWER | |
|---|---|---|---|---|
| Name & Address of Employer ☐ Self Employed | | Yrs. on this job | Name & Address of Employer ☐ Self Employed | Yrs. on this job |
| **Howard University** | | **3hy 11s** | | |
| **2041 Georgia Ave N.W.** | | Yrs. employed in this line of work/profession | | Yrs. employed in this line of work/profession |
| **Washington, DC 20010** | | **25** | | |
| Position/Title/Type of Business | | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
| **Associate/Medical Education** | | | | |

If employed in current position for less than two years or if currently employed in more than one position, complete the following:

| Name & Address of Employer ☐ Self Employed | Dates (from - to) | Name & Address of Employer ☐ Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income $ | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |
| Name & Address of Employer ☐ Self Employed | Dates (from - to) | Name & Address of Employer ☐ Self Employed | Dates (from - to) |
| | Monthly Income $ | | Monthly Income $ |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income | $ 14,700.00 | $ | $ 14,700.00 | Rent | $ | |
| Overtime | | | | First Mortgage (P&I) | 4,770.00 | 2,352.83 |
| Bonuses | | | | Other Financing (P&I) | | 953.00 |
| Commissions | | | | Hazard Insurance | | 95.00 |
| Dividends/Interest | | | | Real Estate Taxes | | 196.00 |
| Net Rental Income | | | | Mortgage Insurance | | |
| Other (before completing, see the notice in "describe other income," below) | | | | Homeowner Assn. Dues | | |
| | | | | Other | | |
| Total | $ 14,700.00 | $ | $ | Total | $ 4,770.00 | $ 3,796.83 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.
** The proposed First Mortgage Payment is labeled "Interest Only".

| B/C | Describe Other Income | Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|---|
| | | | $ |
| | | | |
| | | | |

345122A (page)    (rev09 06/05) (122A2)        Page 2 of 8

May 17 07 05:35p    KARE.    )s                                 .8(  )                  p.11

3860337
Juanita James

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a non-applicant spouse or other person, this Statement and supporting Schedules must be completed about that other person also.

| ASSETS Description | Cash or Market Value | | | Completed | Jointly | Not Jointly |
|---|---|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | | | |
| | | LIABILITIES | | Monthly Pmt. & Mos. Left to Pay | | Unpaid Balance |
| List Checking and Savings accounts below | | Name and address of Company | | $ Pmt./Mos. | | $ |
| Name and address of Bank, S&L, or Credit Union | | BANK OF AMERICA | | 130.00 | | 4,306.00 |
| Wanhovia Bank   CHG | | | | 33 | | |
| Washington DC 20010 | | | | | | |
|  ..' xxxxx | | Acct. no. | | | | |
| Acct. no. | $ 6,000.00 | Name and address of Company | | $ Pmt./Mos. | | $ |
| Name and address of Bank, S&L, or Credit Union | | 3867 | | 550.00 | | 30,052.00 |
| Howard University C U   SVGS | | | | 59 | | |
| Washington DC 20010 | | | | | | |
| Acct. no. | $ 5,000.00 | Name and address of Company | | $ Pmt./Mos. | | $ |
| Name and address of Bank, S&L, or Credit Union | | | | | | |
| Acct. no. | $ | Name and address of Company | | $ Pmt./Mos. | | $ |
| Name and address of Bank, S&L, or Credit Union | | | | | | |
| Acct. no. | $ | Name and address of Company | | $ Pmt./Mos. | | $ |
| Stocks & Bonds (Company name/number & description) | $ | | | | | |
| | | Acct. no. | | | | |
| Life insurance net cash value | $ | Name and address of Company | | $ Pmt./Mos. | | $ |
| Face amount: $ | | | | | | |
| Subtotal Liquid Assets | $ 11,000.00 | | | | | |
| Real estate owned (enter market value from schedule of real estate owned) | $ 578,000.00 | | | | | |
| Vested interest in retirement fund | $ | Acct. no. | | | | |
| Net worth of business(es) owned (attach financial statement) | $ 53,125.00 | Name and address of Company | | $ Pmt./Mos. | | $ |
| Automobiles owned (make and year) | $ | | | | | |
| | | Acct. no. | | | | |
| Other Assets (itemize) | $ | Alimony/Child Support/Separate Maintenance Payments Owed to: | | $ | | |
| | | Job Related Expense (child care, union dues, etc.) | | $ | | |
| | | Total Monthly Payments | | $ 680.00 | | |
| Total Assets a. | $ 642,125.00 | Net Worth (a minus b) | ▶ | $ 607,767.00 | Total Liabilities b. | $ 34,358.00 |

240122A (Item)     [ver26 08/08) [122A3]                     Page 4 of 6

3050337
Juanita James

**VI. ASSETS AND LIABILITIES (cont.)**

Schedule of Real Estate Owned (if additional properties are owned, use continuation sheet.)

| Property Address (enter S if sold, PS if pending sale or R if rental being held for income) | Type of Property | Present Market Value | Amount of Mortgages & Liens | Gross Rental Income | Mortgage Payments | Insurance, Maintenance, Taxes & Misc. | Net Rental Income |
|---|---|---|---|---|---|---|---|
| 5031 4th Street NW Washington DC 20011 | Sin | $ 578,000.00 | $ | $ | $ | $ 4,800.0 | $ |
| | | | | | | | |
| Totals | | $ 578,000.00 | $ | $ | $ | $ 4,800.0 | $ |

List any additional names under which credit has previously been received and indicate appropriate creditor name(s) and account number(s):

| Alternate Name | Creditor Name | Account Number |
|---|---|---|

**VII. DETAILS OF TRANSACTION**

| | |
|---|---|
| a. Purchase price | $ 578,000.00 |
| b. Alterations, improvements, repairs | |
| c. Land (if acquired separately) | |
| d. Refinance (incl. debts to be paid off) | |
| e. Estimated prepaid items | |
| f. Estimated closing costs | 3,457.93 |
| g. PMI, MIP, Funding Fee | 9,797.59 |
| h. Discount (if Borrower will pay) | |
| i. Total costs (add items a through h) | 12,255.42 |
| j. Subordinate financing | 115,600.00 |
| k. Borrower's closing costs paid by Seller | |
| l. Other Credits (explain) | |
| m. Loan amount (exclude PMI, MIP, Funding Fee financed) | 462,400.00 |
| n. PMI, MIP, Funding Fee financed | |
| o. Loan amount (add m & n) | 462,400.00 |
| p. Cash from / to Borrower (subtract j, k, l & o from i) | 565,744.53 |

**VIII. DECLARATIONS**

If you answer "Yes" to any questions a through i, please use continuation sheet for explanation.

| | | Borrower Yes / No | Co-Borrower Yes / No |
|---|---|---|---|
| a. | Are there any outstanding judgments against you? | ☐ ☒ | ☐ ☐ |
| b. | Have you been declared bankrupt within the past 7 years? | ☐ ☒ | ☐ ☐ |
| c. | Have you had property foreclosed upon or given title or deed in lieu thereof in the last 7 years? | ☐ ☒ | ☐ ☐ |
| d. | Are you a party to a lawsuit? | ☐ ☒ | ☐ ☐ |
| e. | Have you directly or indirectly been obligated on any loan which resulted in foreclosure, transfer of title in lieu of foreclosure, or judgment? | ☐ ☒ | ☐ ☐ |
| f. | Are you presently delinquent or in default on any Federal debt or any other loan, mortgage, financial obligation, bond, or loan guarantee? | ☐ ☒ | ☐ ☐ |
| g. | Are you obligated to pay alimony, child support, or separate maintenance? | ☐ ☒ | ☐ ☐ |
| h. | Is any part of the down payment borrowed? | ☐ ☒ | ☐ ☐ |
| i. | Are you a co-maker or endorser on a note? | ☐ ☒ | ☐ ☐ |
| j. | Are you a U.S. citizen? | ☒ ☐ | ☐ ☐ |
| k. | Are you a permanent resident alien? | ☐ ☒ | ☐ ☐ |
| l. | Do you intend to occupy the property as your primary residence? | ☒ ☐ | ☐ ☐ |
| m. | Have you had an ownership interest in a property in the last three years? | ☒ ☐ | ☐ ☐ |
| (1) | What type of property did you own – principal residence (PR), second home (SH), or investment property (IP)? | PR | |
| (2) | How did you hold title to the home – solely by yourself (S), jointly with your spouse (SP), or jointly with another person (O)? | S | |

**IX. ACKNOWLEDGEMENT AND AGREEMENT**

Each of the undersigned specifically represents to Lender...

| Borrower's Signature | Date | Co-Borrower's Signature | Date |
|---|---|---|---|
| X _Juanita James_ | 5/30/07 | X | |

Fannie Mae Form 1003 (1003)
Page 4 of 6

May 17 07 05:35p     KAREN     ).                                    .90(.          p.13

3850337
Juanita James

## X. INFORMATION FOR GOVERNMENT MONITORING PURPOSES

The following information is requested by the Federal Government for certain types of loans related to a dwelling in order to monitor the lender's compliance with equal credit opportunity, fair housing and home mortgage disclosure laws. You are not required to furnish this information, but are encouraged to do so. The law provides that a lender may not discriminate either on the basis of this information, or on whether you choose to furnish it. If you furnish the information, please provide both ethnicity and race. For race, you may check more than one designation. If you do not furnish ethnicity, race, or sex, under Federal regulations, this lender is required to note the information on the basis of visual observation and surname if you have made this application in person. If you do not wish to furnish the information, please check the box below. (Lender must review the above material to assure that the disclosures satisfy all requirements to which the lender is subject under applicable state law for the particular type of loan applied for.)

| BORROWER | ☐ I do not wish to furnish this information. | | | CO-BORROWER | ☐ I do not wish to furnish this information. | | | |
|---|---|---|---|---|---|---|---|---|
| Ethnicity: | ☐ Hispanic or Latino | ☒ Not Hispanic or Latino | | Ethnicity: | ☐ Hispanic or Latino | ☐ Not Hispanic or Latino | | |
| Race: | ☐ American Indian or Alaska Native | ☐ Asian | ☐ Black or African American | Race: | ☐ American Indian or Alaska Native | ☐ Asian | ☐ Black or African American | |
| | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | | | ☐ Native Hawaiian or Other Pacific Islander | ☐ White | | |
| Sex: | ☒ Female | ☐ Male | | Sex: | ☐ Female | ☐ Male | | |

| To be Completed by Interviewer | Interviewer's Name (print or type) | Date Application Received | Name and Address of Interviewer's Employer |
|---|---|---|---|
| This application was taken by: | John Stapleton | 05/03/2007 | |
| ☐ Face-to-face interview | _Interviewer's Signature_ | | |
| ☐ Mail | | | |
| ☒ Telephone | Interviewer's Phone Number (incl. area code) | | |
| ☐ Internet | (301) 395-2626 | | |

240122A (0001)     [rev09 03/06) [122A5]                    Page 5 of 6

3850337
Juanita James

| Use this continuation sheet if you need more space to complete the Residential Loan Application. Mark X for Borrower or C for Co-Borrower. | Borrower: Ms Juanita James Co-Borrower | Agency Case Number: |
|---|---|---|
| | | Lender Case Number: 3850337 |

Net Proceeds from Sale of Home(s): 0

Per California Civil Code 1812.30, the applicant, if married, may apply for separate credit.

I/We fully understand that it is a Federal crime punishable by fine or imprisonment, or both, to knowingly make any false statements concerning any of the above facts or requesting under the provisions of Title 18, United States Code, Section 1001, et seq.

| Borrower's Signature: X | Date 5/30/07 | Co-Borrower's Signature: X | Date |
|---|---|---|---|

1003133A-(3004)    (Rev99 09/95) [122A6]    Page 4 of 5

# Uniform Residential Loan Applications

This application is designed to be completed by the applicant(s) with the Lender's assistance. Applicants should complete this form as "Borrower" or "Co-Borrower," as applicable. Co-Borrower information must also be provided (and the appropriate box checked) when ☐ the income or assets of a person other than the Borrower (including the Borrower's spouse) will be used as a basis for loan qualification or ☐ the income or assets of the Borrower's spouse or other person who has community property rights pursuant to state law will not be used as a basis for loan qualification, but his or her liabilities must be considered because the spouse or other person has community property rights pursuant to applicable law and Borrower resides in a community property state, the security property is located in a community property state, or the Borrower is relying on other property located in a community property state as a basis for repayment of this loan.

If this is an application for joint credit, Borrower and Co-Borrower each agree that we intend to apply for joint credit (sign below):

| | |
|---|---|
| *Juanita James* | |
| Borrower | Co-Borrower |

## I. TYPE OF MORTGAGE AND TERMS OF LOAN

| Mortgage Applied for: | ☐ VA  ☒ Conventional  ☐ Other:<br>☐ FHA  ☐ USDA/Rural Housing Service | Agency Case Number | Lender Case Number<br>071271102430 |
|---|---|---|---|
| Amount<br>$ 115,600.00 | Interest Rate<br>10.350 % | No. of Months<br>360 | Amortization Type: ☐ Fixed Rate  ☒ Other (explain): Line of Credit  ☐ GPM  ☐ ARM (type): |

## II. PROPERTY INFORMATION AND PURPOSE OF LOAN

| Subject Property Address (street, city, state, ZIP) | No. of Units |
|---|---|
| 5031 4TH STREET N.W., WASHINGTON, DC 20011-6106 | 1 |

| Legal Description of Subject Property (attach description if necessary) | Year Built |
|---|---|
| See Exhibit A, attached hereto and by this reference is made apart hereof. | |

| Purpose of Loan | ☐ Purchase  ☐ Construction  ☐ Other (explain):<br>☒ Refinance  ☐ Construction-Permanent | Property will be:<br>☒ Primary Residence  ☐ Secondary Residence  ☐ Investment |
|---|---|---|

**Complete this line if construction or construction-permanent**

| Year Lot Acquired | Original Cost<br>$ | Amount Existing Liens<br>$ 0.00 | (a) Present Value of Lot<br>$ 0.00 | (b) Cost of Improvements<br>$ 0.00 | Total (a + b)<br>$ 0.00 |
|---|---|---|---|---|---|

**Complete this line if this is a refinance loan.**

| Year Acquired<br>07 | Original Cost<br>$ 578,000.00 | Amount Existing Liens<br>$ 462,400.00 | Purpose of Refinance | Describe Improvements ☐ made  ☐ to be made<br>Cost: $ |
|---|---|---|---|---|

| Title will be held in what Name(s)<br>JUANITA JAMES | Manner in which Title will be held | Estate will be held in:<br>☐ Fee Simple<br>☐ Leasehold (show expiration date) |
|---|---|---|

| Source of Down Payment, Settlement Charges and/or Subordinate Financing (explain) |
|---|

## III. BORROWER INFORMATION

| Borrower | Co-Borrower |
|---|---|
| Borrower's Name (include Jr. or Sr. if applicable)<br>JUANITA JAMES | Co-Borrower's Name (include Jr. or Sr. if applicable) |

| Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School | Social Security Number | Home Phone (incl. area code) | DOB (mm/dd/yyyy) | Yrs. School |
|---|---|---|---|---|---|---|---|
| ▬▬▬ | | ▬▬▬ | | | | | |

| ☐ Married  ☒ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Co-Borrower) no.  ages | ☐ Married  ☐ Unmarried (include single, divorced, widowed)  ☐ Separated | Dependents (not listed by Borrower) no.  ages |
|---|---|---|---|

| Present Address (street, city, state, ZIP)  ☒ Own  ☐ Rent  30 No. Yrs.<br>5031 NW 4TH ST<br>WASHINGTON, DC 20011 | Present Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs. |
|---|---|

| Mailing Address, if different from Present Address | Mailing Address, if different from Present Address |
|---|---|

**If residing at present address for less than two years, complete the following:**

| Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs. | Former Address (street, city, state, ZIP)  ☐ Own  ☐ Rent  No. Yrs. |
|---|---|

## IV. EMPLOYMENT INFORMATION

| Borrower | | Co-Borrower | |
|---|---|---|---|
| Name & Address of Employer ☐ Self Employed<br>HOWARD UNIVERSITY HOSPITAL<br>2041 GEORGIA AVE N.W.<br>WASHINGTON, DC 20011 | Yrs. on this job<br>32<br>Yrs. employed in this line of work/profession | Name & Address of Employer ☐ Self Employed | Yrs. on this job<br>Yrs. employed in this line of work/profession |
| Position/Title/Type of Business<br>MANAGEMENT | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

**If employed in current position for less than two years or if currently employed in more than one position, complete the following:**

| Name & Address of Employer ☐ Self Employed | Dates (from - to) | Name & Address of Employer ☐ Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income<br>$ 0.00 | | Monthly Income<br>$ 0.00 |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

| Name & Address of Employer ☐ Self Employed | Dates (from - to) | Name & Address of Employer ☐ Self Employed | Dates (from - to) |
|---|---|---|---|
| | Monthly Income<br>$ 0.00 | | Monthly Income<br>$ 0.00 |
| Position/Title/Type of Business | Business Phone (incl. area code) | Position/Title/Type of Business | Business Phone (incl. area code) |

PLAINTIFF'S EXHIBIT 11

## V. MONTHLY INCOME AND COMBINED HOUSING EXPENSE INFORMATION

| Gross Monthly Income | Borrower | Co-Borrower | Total | Combined Monthly Housing Expense | Present | Proposed |
|---|---|---|---|---|---|---|
| Base Empl. Income* | $ 16,700.00 | $ 0.00 | $ 16,700.00 | Rent | $ 0.00 | |
| Overtime | 0.00 | 0.00 | 0.00 | First Mortgage (P&I) | 0.00 | 2,794.27 |
| Bonuses | | | | Other Financing (P&I) | 0.00 | 1,053.09 |
| Commissions | 0.00 | 0.00 | 0.00 | Hazard Insurance | 0.00 | 60.00 |
| Dividends/Interest | 0.00 | 0.00 | 0.00 | Real Estate Taxes | 0.00 | 215.00 |
| Net Rental Income | 0.00 | 0.00 | 0.00 | Mortgage Insurance | 0.00 | 0.00 |
| Other (before completing, see the notice in "describe other income," below) | 0.00 | 0.00 | 0.00 | Homeowner Assn. Dues | 0.00 | 0.00 |
| | | | | Other: | 0.00 | 0.00 |
| Total | $ 16,700.00 | $ 0.00 | $ 16,700.00 | Total | $ 0.00 | $ 4,122.36 |

* Self Employed Borrower(s) may be required to provide additional documentation such as tax returns and financial statements.

| B/C | Describe Other Income   Notice: Alimony, child support, or separate maintenance income need not be revealed if the Borrower (B) or Co-Borrower (C) does not choose to have it considered for repaying this loan. | Monthly Amount |
|---|---|---|
| | | $ |
| | | |
| | | |

## VI. ASSETS AND LIABILITIES

This Statement and any applicable supporting schedules may be completed jointly by both married and unmarried Co-Borrowers if their assets and liabilities are sufficiently joined so that the Statement can be meaningfully and fairly presented on a combined basis; otherwise separate Statements and Schedules are required. If the Co-Borrower section was completed about a spouse, this Statement and supporting schedules must be completed about that spouse also.

Completed ☐ Jointly ☐ Not Jointly

| ASSETS Description | Cash or Market Value | Liabilities and Pledged Assets. List the creditor's name, address and account number for all outstanding debts, including automobile loans, revolving charge accounts, real estate loans, alimony, child support, stock pledges, etc. Use continuation sheet, if necessary. Indicate by (*) those liabilities which will be satisfied upon sale of real estate owned or upon refinancing of the subject property. | | |
|---|---|---|---|---|
| Cash deposit toward purchase held by: | $ | LIABILITIES | Monthly Payment & Months Left to Pay | Unpaid Balance |
| | | Name and address of Company | $ Payment/Months | $ |
| List checking and savings accounts below | | | | |
| Name and address of Bank, S&L, or Credit Union | | | 0.00 | 0.00 |
| | | | | |
| Acct. no. | $ | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| | | | 0.00 | 0.00 |
| Acct. no. | $ | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| | | | 0.00 | 0.00 |
| Acct. no. | $ | Acct. no. | | |
| Name and address of Bank, S&L, or Credit Union | | Name and address of Company | $ Payment/Months | $ |
| | | | 0.00 | 0.00 |
| Acct. no. | $ | Acct. no. | | |
| Stocks & Bonds (Company name/number & description) | $ | Name and address of Company | $ Payment/Months | $ |
| | | | 0.00 | 0.00 |
| Life insurance net cash value | $ | Acct. no. | | |
| Face amount: $ | | Name and address of Company | $ Payment/Months | $ |
| Subtotal Liquid Assets | $ | | 0.00 | 0.00 |
| Real estate owned (enter market value from schedule of real estate owned) | $ | Acct. no. | | |
| Vested interest in retirement fund | $ | Name and address of Company | $ Payment/Months | $ |
| Net worth of business(es) owned (attach financial statement) | $ | | 0.00 | 0.00 |
| Automobiles owned (make and year) | $ | Acct. no. | | |
| | | Alimony/Child Support/Separate Maintenance Payments Owed to: | $ | |
| Other Assets (itemize) | $ | Job Related Expense (child care, union dues, etc.) | $ | |
| | | Total Monthly Payments | $ | |
| Total Assets a. | $ | Net Worth (a minus b) | $ | Total Liabilities b. | $ |

| Borrower's Signature | Date | Co-Borrower's Signature | Date | MULT1003 |
|---|---|---|---|---|
| X Juanita James | | X | | |

# TH IN LENDING DISCLOSURE STATEMF
## (THIS   , NEITHER A CONTRACT NOR A COMMITMENT TC  .END)

LENDER: JPMorgan Chase Bank, N.A.
    1901 Roxborough Road, Roxborough Building, Suite 406
    Charlotte, NC  28211

☐ Preliminary   ☒ Final

*DATE* 05/30/07
*LOAN NO.* 1574719326
*Type of Loan* Conventional
    30 Year Fixed

BORROWERS: Juanita James

ADDRESS:      5031 4th St NW
CITY STATE/ZIP: Washington, DC  20011
PROPERTY:     5031 4th St NW, Washington, DC  20011

| ANNUAL PERCENTAGE RATE<br>The cost of your credit as a yearly rate. | FINANCE CHARGE<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 7.128 % | $   653,415.18e | $   454,072.64 | $   1,107,487.82 |

**PAYMENT SCHEDULE:**

| NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | MONTHLY PAYMENTS ARE DUE BEGINNING | NUMBER OF PAYMENTS | AMOUNT OF PAYMENTS | MONTHLY PAYMENTS ARE DUE BEGINNING |
|---|---|---|---|---|---|
| 359 | $   3,076.36 | 08/01/07 | | | |
| 1 | $   3,074.58 | 07/01/37 | | | |

**DEMAND FEATURE:**   ☒ This loan does not have a Demand Feature.   ☐ This loan has a Demand Feature as follows:

**VARIABLE RATE FEATURE:**
☐ This Loan has a Variable Rate Feature. Variable Rate Disclosures have been provided to you earlier.

**SECURITY:** You are giving a security interest in the property located at: 5031 4th St NW, Washington, DC  20011

**ASSUMPTION:** Someone buying this property   ☒ cannot assume the remaining balance due under original mortgage terms.
☐ may assume, subject to lender's conditions, the remaining balance due under original mortgage terms.

**PROPERTY INSURANCE:** You may obtain hazard and flood insurance from any company you choose that is acceptable to the lender.

**LATE CHARGES:**   If your payment is more than  15  days late, you will be charged a late charge of   5.000  % of the overdue payment.

**PREPAYMENT:**   If you pay off your loan early, you
☐ may   ☒ will not   have to pay a penalty.
☐ may   ☒ will not   be entitled to a refund of part of the finance charge.

See your contract documents for any additional information regarding non-payment, default, required repayment in full before scheduled date, and prepayment refunds and penalties.

e means estimate

I/We hereby acknowledge reading and receiving a complete copy of this disclosure.

_Juanita James_  5/30/07
Juanita James                        BORROWER/DATE                                BORR...                        BORROWER/DATE

_[signature]_  5/30/2007
                                     BORROWER/DATE                                                               BORROWER/DATE

PLAINTIFF'S EXHIBIT 12

**JPMorgan Chase Bank, N.A.**

Mortgagor Name:  Juanita James

Property Address: 5031 4th St NW
Washington, DC  20011

Dear Borrower(s):

The following is a breakdown of your monthly mortgage payment:

First Payment:                    August 1, 2007

| | |
|---|---|
| Principal and Interest* : | $       3,076.36 |
| Hazard Insurance: | $          143.59 |
| Property Taxes: | $          153.97 |
| Flood Insurance: | $ |
| Monthly PMI/MIP: | $ |
| Other: | $ |
| TOTAL PAYMENT: | $       3,373.92 |

The Servicing of your loan will be handled by JPMorgan Chase Bank, N.A. (Chase). All payments are to be made directly to Chase.

Please use the temporary coupon attached below for your first payment.

Within 45 days you will be receiving a billing statement.

Should you have any questions regarding your mortgage loan, please feel free to call Chase at their toll free number 1-(800) 848-9136.

Thank you for using JPMorgan Chase Bank, N.A.

I acknowledge receipt of this payment document.

Signature: *Juanita James*
Juanita James

Signature: _____

Signature: _____

Signature: _____

PLAINTIFF'S
EXHIBIT
13

* If you applied for a loan with Initial Interest Only payments, the amount indicated is an interest only payment.

----------------------------------------------

| THIS COUPON MUST ACCOMPANY PAYMENT | Coupon # 1 |
|---|---|

Loan Number: 1574719326

Due Date: August 1, 2007

Mail payment to:   JPMorgan Chase Bank, N.A.
c/o Chase Home Finance, LLC
P.O. Box 78420
Phoenix, AZ  85062-8420

| | |
|---|---|
| Payment: $ | 3,076.36 |
| Taxes: $ | 153.97 |
| Insurance: $ | 143.59 |
| Other: $ | |
| Total Payment: $ | 3,373.92 |

# SETTLEMENT STATEMENT

Optional Form for
Transactions without Sellers

U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT
OMB Approval No. 2502-0265 (expires 9/30/2006)

File Number: LEH-07-1319
an Number: 1574719326
Mtg. Ins. Case Number:

FINAL
1st

| | |
|---|---|
| NAME OF BORROWER: | Juanita James |
| ADDRESS: | 5031 4th Street, N.W., Washington, DC 20011 |
| NAME OF LENDER: | JP MORGAN CHASE BANK, N.A. |
| ADDRESS: | 1901 ROXBOROUGH ROAD, SUITE 408, CHARLOTTE, NC 28211 |
| PROPERTY ADDRESS: | 5031 4th Street, N.W., Washington, DC 20011 |
| | Square 3302, Lot 0036 |
| SETTLEMENT AGENT: | Lehtab Title & Escrow, Inc., Telephone: 240-456-0793 Fax: 240-456-0798 |
| PLACE OF SETTLEMENT: | 1006 West Street, Laurel, MD 20707 |

Loan Number: **1574719326**     SETTLEMENT DATE: 05/30/2007     DISBURSEMENT DATE: 06/04/2007

| L. Settlement Charges | | M.  Disbursement to Others | |
|---|---|---|---|
| 800. Items Payable in Connection with Loan | | 1601. Payoff:000573475 | 442,436.80 |
| 801. Loan Origination Fee 1.000% to WACHOVIA BANK | 4,624.00 | to LENDMARK FINANCIAL SERVICES | |
| 802. Loan Discount 0.000% to | | 1502. Payoff:000573478 | 111,337.52 |
| 803. Appraisal Fee to REEVES APPRAISAL    P.O.C.350.00 | | to LENDMARK FINANCIAL SERVICES | |
| 804. Credit Report | | 1503. 2nd Trust Proceeds | -114,843.50 |
| 805. Tax Related Service Fee to 1ST AMERICAN TAX SERVICE | 84.00 | to JP MORGAN CHASE BANK, N.A. | |
| 806. YSP from Lender to WACHOVIA BANK    P.O.C.3,879.54 | | 1504. | |
| 807. Underwriting Fee to JP MORGAN CHASE BANK, N.A. | 335.00 | | |
| 808. Flood Determination - Initial to 1ST AMERICAN FLOOD SERVICES | 9.00 | 1505. | |
| 809. Document Preparation Fee to JP MORGAN CHASE BANK, N.A. | 335.00 | | |
| 810. Flood Certi - Life of Loan to 1ST AMERICAN FLOOD SERVICES | 5.00 | 1506. | |
| 811. Processing Fee to WACHOVIA BANK | 350.00 | | |
| 900. Items Required by Lender to be Paid in Advance | | 1507. | |
| 901. Interest From 06/04/2007 to 07/01/2007 @$88.6800 per day | 2,394.36 | | |
| 902. Mortgage Insurance Premium for to | | 1508. | |
| 903. Hazard Insurance Premium for 1 Year to | | | |
|      STATE FARM FIRE    P.O.C.436.00 | 1,287.00 | 1509. | |
| 904. | | | |
| 1000. Reserves Deposited with Lender | | 1510. | |
| 1001. Hazard Insurance    4 mo. @ $    143.59 per month | 574.36 | | |
| 1002. Mortgage Insurance    mo. @ $    per month | | 1511. | |
| 1003. City Property Tax    7 mo. @ $    153.97 per month | 1,077.79 | | |
| 1004. County Property Tax    mo. @ $    per month | | 1512. | |
| 1005. Annual Assessments    mo. @ $    per month | | | |
| 1006.    mo. @ $    per month | | 1513. | |
| 1007.    mo. @ $    per month | | | |
| 1008.    mo. @ $    per month | | 1514. | |
| 1009. Aggregate Analysis Adjustment to JP MORGAN CHASE BANK, N.A. | -430.78 | | |
| 1100. Title Charges | | 1515. | |
| 1101. Settlement or closing fee to Lehtab Title & Escrow, Inc. | 200.00 | | |
| 1102. Abstract or title search to M & J ABSTRACTS, LLC | 170.00 | 1516. | |
| 1103. Title examination to Lehtab Title & Escrow, Inc. | 275.00 | | |
| 1104. Title insurance binder to Lehtab Title & Escrow, Inc. | 100.00 | 1517. | |
| 1105. Document Preparation to Lehtab Title & Escrow, Inc. | 100.00 | | |
| 1106. Notary Fees | | 1518. | |
| 1107. Attorney's fees | | | |
|       (includes above items No. ) | | 1519. | |
| 1108. Title Insurance to Conestoga Title Insurance Company | 630.60 | | |
|       (includes items No. Reissue Rate ) | | 1520. TOTAL DISBURSED | 438,930.82 |
| 1109. Lender's Policy $ 462, 400.00 - 630.60 | | (enter on line 1603) | |
| 1110. Owner's Policy $ - | | N. NET SETTLEMENT | |
| 1111. P/O Procurement Fee to Lehtab Title & Escrow, Inc. | 160.00 | | |
| 1112. Courier/Wire/Overnight to Lehtab Title & Escrow, Inc. | 75.00 | 1600. Loan Amount | 462,400.00 |
| 1113. Recordation Walk Through to Lehtab Title & Escrow, Inc. | 75.00 | | |
| 1200. Government Recording and Transfer Charges | | 1601. PLUS Cash/Check from Borrower | 0.00 |
| 1201. Recording Fees : Mortgage $124.50 : Release $53.00 | 177.50 | | |
| 1202. City Transfer Tax | | 1602. MINUS Total Settlement Charges | 12,617.83 |
| 1203. City Recordation Tax | | (line 1400) | |
| 1204. Construction Tax | | 1603. MINUS Total Disbursements to Others | 438,930.82 |
| 1300. Additional Settlement Charges | | (line 1520) | |
| 1301. Survey | | | |
| 1302. Pest Inspection | | 1604. EQUALS Disbursements to borrower | 10,851.35 |
| 1303. Tracking Fee 2 Releases to REQUIRE, INC. | 70.00 | (after expiration of any applicable | |
| 1400. Total Settlement Charges    (enter on line 1602) | 12,617.83 | rescission period required by law) | |

I have carefully reviewed the HUD-1A Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1A Settlement Statement.

_Juanita James_

Juanita James

The HUD-1A Settlement Statement which I have prepared is a true and
accurate account of this transaction.  I have caused or will cause
the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT: _____     DATE: 5/30/07



PLAINTIFF'S EXHIBIT 14

**SETTLEMENT STATEMENT**
Optional Form for
Transactions without Sellers

U.S. DEPARTMENT OF HOUSING
AND URBAN DEVELOPMENT
OMB Approval No. 2502-0265 (expires 9/30/2006)

Fhe Number: LEH-07-1319B   **FINAL**
n Number: 071271102430
mtg. Ins. Case Number:

| | |
|---|---|
| NAME OF BORROWER: | Juanita James |
| ADDRESS: | 5031 4th Street, N.W., Washington, DC 20011 |
| NAME OF LENDER: | JPMPRGAN CHASE BANK, N.A. |
| ADDRESS: | 1111POLARIS PARKWAY, COLUMBUS, OH 43240 |
| PROPERTY ADDRESS: | 5031 4th Street, N.W., Washington, DC 20011 |
| | Square 3302, Lot 0036 |
| SETTLEMENT AGENT: | Lehtab Title & Escrow, Inc., Telephone: 240-456-0793 Fax: 240-456-0798 |
| PLACE OF SETTLEMENT: | 1006 West Street, Laurel, MD 20707 |

Loan Number:   071271102430   SETTLEMENT DATE:   05/30/2007   DISBURSEMENT DATE:   08/04/2007

| L. Settlement Charges | | M. Disbursement to Others | |
|---|---|---|---|
| 800. Items Payable in Connection with Loan | | 1501. | |
| 801. Loan Origination Fee 0.000% to | | | |
| 802. Loan Discount 0.000% to | | 1502. | |
| 803. Appraisal Fee | | | |
| 804. Credit Report | | 1503. 2nd Trust Proceeds To Transfer | 115,043.50 |
| 805. Mortgage Broker Fee (.885%) to WACHOVIA BANK P.O.C.1,000.00 | | to TRANSFER TO LEH-07-1319 | |
| 806. Lenders Ins agent loan default to WILLIS OF NEW YORK, O.C.17.00 | | 1504. | |
| 807. Assumption Fee | | | |
| 900. Items Required by Lender to be Paid in Advance | | 1505. | |
| 901. Interest From 08/04/2007 to 07/01/2007 @$ per day | | | |
| 902. Mortgage Insurance Premium for to | | 1506. | |
| 903. Hazard Insurance Premium for to | | | |
| 904. | | 1507. | |
| 1000. Reserves Deposited with Lender | | | |
| 1001. Hazard Insurance   mo. @ $   per month | | 1508. | |
| 1002. Mortgage Insurance   mo. @ $   per month | | | |
| 1003. City Property Tax   mo. @ $   per month | | 1509. | |
| 1004. County Property Tax   mo. @ $   per month | | | |
| 1005. Annual Assessments   mo. @ $   per month | | 1510. | |
| 1006.   mo. @ $   per month | | | |
| 1007.   mo. @ $   per month | | 1511. | |
| 1008.   mo. @ $   per month | | | |
| 1009. Aggregate Analysis Adjustment | 0.00 | 1512. | |
| 1100. Title Charges | | 1513. | |
| 1101. Settlement or closing fee to Lehtab Title & Escrow, Inc. | 150.00 | | |
| 1102. Abstract or title search | | 1514. | |
| 1103. Title examination to Lehtab Title & Escrow, Inc. | | | |
| 1104. Title Insurance binder to Lehtab Title & Escrow, Inc. | 75.00 | 1515. | |
| 1105. Document Preparation to Lehtab Title & Escrow, Inc. | 75.00 | | |
| 1106. Notary Fees | | 1516. | |
| 1107. Attorney's fees | | | |
| (includes above items No. ) | | | |
| 1108. Title Insurance to Conestoga Title Insurance Company | 174.00 | 1517. | |
| (includes above items No. Reissue Rate ) | | | |
| 1109. Lender's Policy $ 115, 600.00 - 174.00 | | 1518. | |
| 1110. Owner's Policy $ - | | | |
| 1111. P/O Procurement Fee to Lehtab Title & Escrow, Inc. | | 1519. | |
| 1112. Courier/Wire/Overnight to Lehtab Title & Escrow, Inc. | | | |
| 1113. Recordation Walk Through to Lehtab Title & Escrow, Inc. | | 1520. TOTAL DISBURSED | 115,043.50 |
| 1200. Government Recording and Transfer Charges | | (enter on line 1603) | |
| 1201. Recording Fees : Mortgage $82.50 | 82.50 | N. NET SETTLEMENT | |
| 1202. City Transfer Tax | | | |
| 1203. City Recordation Tax | | 1600. Loan Amount | 115,600.00 |
| 1204. Construction Tax | | | |
| 1300. Additional Settlement Charges | | 1601. PLUS Cash/Check from Borrower | 0.00 |
| 1301. Survey | | | |
| 1302. Pest Inspection | | 1502. MINUS Total Settlement Charges | 556.50 |
| 1303. Tracking Fee to REQUIRE, INC. | | (line 1400) | |
| 1400. Total Settlement Charges   (enter on line 1802) | 556.50 | 1603. MINUS Total Disbursements to Others | 115,043.50 |
| | | (line 1520) | |
| | | 1604. EQUALS Disbursements to borrower | 0.00 |
| | | (after expiration of any applicable | |
| | | rescission period required by law) | |

I have carefully reviewed the HUD-1A Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1A Settlement Statement.

_Juanita James_
Juanita James

The HUD-1A Settlement Statement which I have prepared is a true and
accurate account of this transaction. I have caused or will cause
the funds to be disbursed in accordance with this statement.

SETTLEMENT AGENT: _____   DATE: _____



PLAINTIFF'S
EXHIBIT
13

form HUD-1A (3/86) ref RESPA

# ◢ CHASE

## CONFIRMATION OF LOAN / LINE SIGNING / CLOSING

Date: __June 2, 2007__

| FROM: LEHTEB TITLE AND ESCROW | Phone: | (240) 456-0793 |
|---|---|---|

Address:  1006 WEST STREET  
LAUREL, MD 20707  

Fax:  (240) 456-0798

Contact:

| TO:  Chase Home Finance LLC | Phone: | (877) 821-5081 |
|---|---|---|

Address:  C/O Chase Home Finance LLC  
P. O. Box 92956  
Building Seneca, Floor 5  
Rochester, NY 14692-7043  

Fax:  877-755-2427

Attention:  VERONICA A. PTASZEK  
Borrower(s)  JUANITA JAMES

Loan/Line Number:  071271102430  
Loan/Line Amount: $  115,600.00

Documents are dated: __05/30/07__   Date Rescission Expires: __06/02/2007__  
Borrower(s) Signed Documents on: _____  
Borrower(s) Funding Date is: _____

Except for escrow *states, Chase documents are valid only for signing/closing date printed on the documents. If the signing/closing will not take place on the date printed on the documents, you must notify your Chase closer at the number above so a new closing package can be produced.  Chase will issue a stop payment on the original check and send a new check along with the new closing package.

EXCEPTION:  If the closing is rescheduled within 48 hours of the original closing date and the amount of the original check is not affected by the rescheduling of the closing, you may maintain custody of the check and we will re-send only the documents via Secure Messaging.

In *escrow states, if closing a Chase Home Equity simultaneously with a Chase First Mortgage, Chase documents are valid for up to twenty (20) days from the date the documents are dated. If closing a Chase Home Equity without a Chase First Mortgage, Chase documents are valid for up to seven (7) days from the date the documents are dated. Should the scheduled signing/closing date need to be changed within these twenty (20) or seven (7) days (as applicable), you must draw a single line through all dates, hand write the new dates according to the enclosed instructions and have each borrower (and/or titleholder) initial each change.  YOU MUST NOTIFY YOUR CHASE CLOSER AT THE NUMBER ABOVE TO RE-VALIDATE THE ACCURACY OF THE CHANGED INFORMATION.

Chase will require new documents be re-drawn for any signing/closing that does not occur on the date printed on the documents for non-escrow states. You must notify your Chase closer of the new date so a new closing package can be produced.

*Escrow states include the following: Arizona, California, Idaho, Kansas, Minnesota, Montana, Nevada, Ohio, Oregon, Utah and Washington.

Borrower Rescission. If your borrower decides to rescind this transaction. The signed Notice of Right to Cancel form must be sent directly to the Chase Home Finance LLC   Production Center as indicated above.

### ALL ORIGINAL EXECUTED CLOSING PACKAGES ARE TO BE RETURNED IN THE OVERNIGHT ENVELOPE PROVIDED, DIRECTLY TO THE POST CLOSING DEPARTMENT

LINE OF CREDIT ONLY:   If not previously indicated on the Broker Closing Worksheet, the borrower may request an initial advance by completing and signing this section.

I would like an initial draw in the amount of $ _____. Initial draw includes all payoffs plus any additional money the borrower(s) require after the rescission period has ended, including line advances, to pay any applicable closing costs.

_Juanita James_   Date: 5/30/07  
Borrower Signature

_____   Date: 5/30/07  
Borrower Signature

### NO CLOSING COST LINE OF CREDIT- BILLING INFORMATION:
ALL INVOICES MUST BE ORIGINAL. THEY ARE TO BE SENT DIRECTLY TO  
Chase Home Finance, Home Equity Finance, 10151 Deerwood Park Blvd., Bldg 400 4th Floor,  
Jacksonville, Florida 32256

ALL ORIGINAL EXECUTED CLOSING PACKAGES ARE TO BE RETURNED IN THE OVERNIGHT ENVELOPE PROVIDED, DIRECTLY TO THE CLEVELAND POST CLOSING DEPARTMENT,

**PLAINTIFF'S EXHIBIT 16**

Signature of Closing Agent _____   Date: _____

## IMPORTANT PAYMENT INFORMATION

### *Welcome to Chase, where the right relationship is everything!*

We're sure that you are already looking forward to the many benefits that will be provided by your new Chase home equity account. You will find that it's a smart, low-rate financial tool that helps you plan your finances most effectively.

The information below will help you make your first payment to Chase and help us confirm that the information we have about you is correct. In the future, you will receive a monthly statement, about 15 days before your next due date. This statement will give you a breakdown of recent activity on your account.

**If you choose to make your first payment prior to receiving your statement, or for some reason you do not receive your first payment statement, PLEASE use the coupon below.**

Your check should be made payable to: Chase Home Finance LLC.
Make sure you include your account number on your check, and don't forget to insert the coupon. All future payments are to be mailed to Chase in the pre-addressed envelope provided with your statement.

If you have any questions about your Chase account, our Customer Service representatives are available around the clock. Please feel free to call us 7 days a week, 24 hours a day at **1-888-765-2849**

Thank you for opening a home equity account with Chase. It's our pleasure and privilege to serve you, and we look forward to helping you meet your financial goals

······································(Detach here and return the bottom portion along with your first payment)································

## FIRST PAYMENT COUPON

Please confirm the information below is correct and return the coupon to Chase along with your first payment. If you have any changes or questions, please call Chase's Customer Service at **1-888-765-2849** . Please remember: Payments must be received on or before the due date at the address listed below.

~~Your First Payment Amount $: N/A~~                Chase Account Number:  00447022574316

Name: JUANITA JAMES

Address: 5031 4TH STREET N.W., WASHINGTON, DC 20011-6106

Telephone Number: Home:(202) 249-1785      Office: (202) 865-4245

### MAKE CHECK PAYABLE TO:

**Chase Home Finance LLC
P.O. Box 9001006
Louisville, KY 40290-1006**

COUPON (Rev. 09/29/06)



APR-10-2008  09:58AM  FROM-LEWIS MOUNTAIN    2022491786    T-181  P.056  F-535

| Account Number | | Line Information as of 02-18-08 | |
|---|---|---|---|
| Last Payment Received: 01-31-08 | $920.84 | Credit Line: | $115,600.00 |
| New Minimum Payment Due: | 03-14-08 | Available for use: | $0.00 |
| New Minimum Payment Amount: | $2,584.24 | Prior Year Interest Paid: | $4,505.70 |



Illadalladalladalladllladlladlla
028088 HLB 001 01805 O - SF52 FM LI
JUANITA JAMES
5031 4TH ST NW
WASHINGTON, DC 20011-8108

## News You Can Use

Access your home equity line of credit today to pay for home improvements, school tuition, a needed
vacation or simply deposit a check made out in your name into your checking account. Start enjoying the
money-saving benefits of your low interest rate. For additional home equity checks or information, call
1-800-836-5656.

Lock in a low rate on your line today!  The Chase Fixed Rate Lock Option lets you lock in a fixed rate that will
never increase during the lock term on all or a portion of your existing line of credit balance.  For more
information call 1-866-914-6214.  Fixed lock rates based on rates for Chase home equity loans with similar
terms.  If you select an interest-only option, the Lock principal balance is not reduced if you make only the
minimum interest-only payments.  Minimum Lock amount $1000.  Locks may be established only during the
draw period.

### YOUR ACCOUNT IS PAST DUE. PLEASE MAKE A PAYMENT TODAY.

| Previous Statement Balance | $118,397.63 |
|---|---|
| (-) Payments/Credits | $920.84 |
| (+) Debits/Advances | $0.00 |
| (+) Debits/Fees/Finance Charges | $787.45 |
| (=) Current Statement Balance** | $118,264.24 |

**This is not a payoff amount. Please contact us to request a payoff quote.

| To Contact Us: | |
|---|---|
| By Phone: | (800) 836-5656 |
| Para Español: | (800) 800-5826 |
| Hearing Impaired: | (800) 582-0542 |
| Internet: | www.chase.com |

## Activity Since Your Last Statement

| Post Date | Description | | Payments/ Credits | Debits/ Advances/Fees | Principal Balance After Transaction |
|---|---|---|---|---|---|
| 01-21-08 | Balance Forward | | | | $115,600.00 |
| 01-21-08 | Beginning ANNUAL PERCENTAGE RATE Periodic Rate .00025545 | 9.35% Daily | | | |
| 01-23-08 | Rate Changed To   8.50% ANNUAL PERCENTAGE RATE Daily Periodic Rate .00023497 | | | | |
| 01-24-08 | Late Charge Fee | | | $25.00 | |
| 01-31-08 | Payment Received Thank You (Interest $920.84) | | -$920.84 | | $115,600.00 |
| 01-31-08 | Rate Changed To   8.10% ANNUAL PERCENTAGE RATE Daily Periodic Rate .00022131 | | | | |
| 02-18-08 | FINANCE CHARGE (Interest) Accrued 01-21-08 Thru 02-18-08 | | | $762.45 | |
| | Total | | $920.84 | $787.45 | $115,600.00 |

| Current Statement Balance | = | Current Fees and Finance Charges | + | Previous Unpaid Fees and Finance Charges | + | Principal Balance |
|---|---|---|---|---|---|---|
| $118,264.24 | | $787.45 | | $1,876.79 | | $115,600.00 |

Please detach and return the bottom portion of this statement with your payment using the enclosed windowed envelope.

JUANITA JAMES

**Payment Coupon    Home Equity Line Of Credit**

| Account Number | 00447022574318 |
|---|---|
| Due Date | 03-14-08 |
| Payment Due | $762.45 |
| Amount Past Due as of 02-18-08 | $1,801.79 |
| Fees | $20.00 |
| Minimum Payment Due | $2,584.24 |

☐ Check box if address has changed; indicate changes on reverse side.
- Please make check payable to Chase.
- Write your account number on your check; include coupon with payment.

Amount Enclosed  $ _____

5000090000000020000000447022574316028642400762455

lllalladalllandlllandllalllandlalladlladlladlll
CHASE
P.O. BOX 78035
PHOENIX, AZ 85062-8035
llalllalllalllandlllaillllalalladlldllalladlllalllllalladllldl



LAW OFFICES

# *Friedman & MacFadyen, P.A.*

MARK H. FRIEDMAN*
KENNETH J. MacFADYEN
MICHAEL T. CANTRELL*
JAMES J. LOFTUS*
STEPHEN B. WOOD**
KATHRYN D. CLAYPOOLE
JOHNIE MUNCY**
JOSEPH LENOIR**
ERIC J. BENZER
MIRIAM S. FUCHS
DIANA THEOLOGOU
JESSICA GEVENOSKY**
KELLY GRING**
ANDREW RICH**

*ADMITTED TO PRACTICE IN MD & D. C.
**ADMITTED TO PRACTICE IN VA

TOTMAN BUILDING—SUITE 400
210 EAST REDWOOD STREET
BALTIMORE, MARYLAND 21202-3399
————
(410) 685-1763
FAX (410) 727-1759

PLEASE REPLY TO BALTIMORE _____
PLEASE REPLY TO VIRGINIA _____

D. C. OFFICE
5301 WISCONSIN AVENUE N. W.
SUITE 750
WASHINGTON, D. C. 20015

VIRGINIA OFFICE
1601 ROLLING HILLS DRIVE
SURRY BUILDING, SUITE 125
RICHMOND, VIRGINIA 23229
(804) 288-0088
FAX (804) 288-0052

December 5, 2008

Albert Wilson, Esquire
700 12th Street, NW, Suite 700
Washington, DC  20005
Attention :


Re: 5031 4th Street, NW
    Our File No.: 539136
    Ms. Juanita James

Gentlemen:

Enclosed herewith please find a copy of the Notice of Sale with reference to the above captioned property spelling out the terms and conditions of said foreclosure sale.

The sale is scheduled for Wednesday, January 7, 2009 at 11:12 a.m., in the office of Alex Cooper Auctioneers, Inc., 5301 Wisconsin Avenue, N.W., Suite 750, Washington, D.C. 20015.

In the event you have any questions with respect to the above, kindly contact me at your convenience.


Very truly yours,

FRIEDMAN & MacFADYEN, P.A.

James J. Loftus

JL:mlg
Enclosures

CERTIFIED MAIL - RETURN RECEIPT REQUESTED
FIRST CLASS MAIL

EXHIBIT 19

★ ★ ★

**Government of the
District of Columbia**
Office of Tax
and Revenue
Recorder of Deeds
515 D Street, NW
Washington, DC 20001
Phone (202)727-5374

## NOTICE OF FORECLOSURE SALE OF REAL PROPERTY
## OR CONDOMINIUM UNIT

(Pursuant to Public Low 90-566, approved October 12, 1968)

Square [ 3302 ]   Suffix [        ]   Lot [ 0036 ]

List Name and adress of each owner of the real property encumbered by said
deed of trust, mortgage, or security instrument.)

TO: | Juanita James and Lewis Fountain |

| 5031 4th Street, NW, Washington, DC 20011 |

| 214 Gallatin Street, NW, Washington, DC 20011 |

|  |

FROM: | James J. Loftus, Esquire |   PHONE: | (410) 685-1763 |

YOU ARE HEREBY NOTIFIED THAT IN ORDER TO SATISFY THE DEBT
SECURED BY THE DEED OF TRUST, MORTGAGE, OR OTHER
SECURITY INSTRUMENT, THE REAL PROPERTY OR CONDOMINIUM
UNIT HEREIN DESCRIBED WILL BE SOLD AT A FORECLOSURE SALE
TO BE HELD ON [ Wed, January 07 ], 20[ 08 ], AT
THE OFFICE OF [ Alex Cooper Auctioneers, 8301 Wisconsin Avenue ]

| Suite 750, Washington, DC 20005 |

[ 11:12 ] A.M./P.M. THIS SALE DATE IS SUBJECT TO POSTPONEMENT
FOR A PERIOD NOT TO EXCED THIRTY (30) CALENDAR DAYS FROM
THE ORIGINAL DATE OF FORECLOSURE SALE, AFTER WHICH THIS
NOTICE OF FORECLOSURE SHALL EXPIRE.

Security Instrument recorded in the land records of the District of Columbia at the
Recorder of Deed on [ June 21 ], 20[ 07 ].

Liber: [        ]   Folio: [        ]   Instrument No: [ 082276 ]

Maker(s) of the Note secured by the instrument: [ JPMorgan Chase Bank, NA ]

[        ]   [ 1111 Polaris Parkway, Columbus, OH 43240 ]
Phone                    Last Known Address

Description
of Property: [ residential ]
(two-story brick, dwelling, apartment building, vacant lot condominium unit, etc.)

Address: [ 5031 4th Street, NW, Washington, DC 20011 ]

Square: [ 3302 ]   Lot: [ 0036 ]   or Parcel No: [        ]

Holder of the Note (Name): [ Chase Home Finance LLC ]

Phone: [ (410) 685-1763 ]   Address: [ 210 E. Redwood Street, Baltimore, MD 21202 ]

Balance owed on the Note: $ [ 502,740.50 ]

Minimum balance required to cure default obligation pursuant to D.C. Law 5-82
iRight to Cure a Residential Mortgage Foreclosure Default Act of 1984.ï
$ [ 47,199.75 ]

Name of person to contact to stop foreclosure sale: [ James Loftus, Esquire ]

Address: [ 210 E. Redwood Street, Baltimore, MD 21202 ]   Phone: [ (410) 685-1763 ]

★ ★ ★

**Government of the
District of Columbia**
Office of Tax
and Revenue
Recorder of Deeds
515 D Street, NW
Washington, DC 20001
Phone (202)727-5374

## NOTICE OF FORECLOSURE SALE OF REAL PROPERTY
## OR CONDOMINIUM UNIT

Square 3302    Suffix [        ]    Lot 0036

I, hereby certify that a Notice of Foreclosure Sale was sent to the present owner(s) of the real property encumbered by the said deed of trust, mortgage, or other security instrument described above, by certified mail, return receipt required on November 20 08 ; and I further certify that I understand that Public Law 90-566 prohibits any foreclosure sale under a power of sale provision contained in any deed of trust, mortgage, or other security instrument until after the owner(s) of the real property encumbered by the said deed of trust, mortgage, or security instrument has been given written notice of such sale, and the Recorder of Deeds, D.C. has received a copy of such notice at least 30 days in advance of such sale.

11-11-08
Date

_____
(Signature of Noteholder or his agent)

I, Joann V. Sollile , a Notary Public in and for the
Chase Home Finance LLC ,
DO HEREBY CERTIFY THAT James Loftus, Esquire
who is personally well known to me as a party(ies) to this Notice of Foreclosure Sale bearing on the [ 11 ] day of [ November ], 20 08 , personally appeared before me and executed the said Notice of Foreclosure Sale and acknowledged the same to be [ his/her ] act and deed.

Given under my hand and seal this [ 11 ] day of [ November ], 20 08 .

_____
Notary Public

My Commission Expires: 12/01/10
mmddyyyy